# Exhibit 2

May 14, 2020

**VIA FEDERAL EXPRESS, OVERNIGHT DELIVERY**

Washington Football, Inc.
21300 Redskin Park Drive
Ashburn, VA 20147
Attn: Daniel M. Snyder, Chairman and Principal Owner

Washington Football, Inc.
21300 Redskin Park Drive
Ashburn, VA 20147
Attn: General Counsel

Dear Dan:

As your partners of many years, this is a courtesy notification that we each have engaged Moag and Company, LLC ("Moag") to explore a potential sale of our collective interests in Washington Football, Inc. ("WFI").

The three of us have agreed that Bob Rothman will act as the primary contact person if you or WFI need to discuss this further.

As stated, this is a courtesy and this letter does not act as a waiver of any rights we have as shareholders and/or Board members of WFI.

Sincerely,

Dwight Schar        Frederick W. Smith        Robert Rothman

cc: Moag & Company, LLC