# Exhibit 7

**From:** Levander, Andrew [mailto:andrew.levander@dechert.com]
**Sent:** Tuesday, November 3, 2020 11:31 AM
**To:** David L. Koche
**Cc:** Sarchio, Christina; Steiner, Neil; Gibbs, Thomas
**Subject:** Re: Confirmation

Thanks

**Andrew J. Levander**

**Dechert LLP**
1095 Avenue of the Americas
New York, New York 10036
+1 212-698-3683 Direct
andrew.levander@dechert.com
dechert.com
.

On Nov 3, 2020, at 11:30 AM, David L. Koche <dkoche@barnettbolt.com> wrote:

[EXTERNAL EMAIL]

Acknowledged and agreed

<image001.png>

**David L. Koche**
Attorney at Law
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 ext. 111
Fax: (813) 251-6711
E-mail: dkoche@barnettbolt.com
Website: www.BarnettBolt.com

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved.  Thank you.

**From:** Levander, Andrew [mailto:andrew.levander@dechert.com]
**Sent:** Tuesday, November 3, 2020 11:03 AM
**To:** David L. Koche; 'Gibbs, Thomas'

**Cc:** Steiner, Neil; Sarchio, Christina
**Subject:** Confirmation

This email will confirm that we have agreed to (1) extend the time to respond to the Notice of Intent to Sell by three days from November 9 to 11:59 pm on November 12, 2020, and (2) to extend Claimants' time to produce documents by an additional three days. Please acknowledge by return email.

**Andrew J. Levander**

**Dechert LLP**
1095 Avenue of the Americas
New York, New York 10036
+1 212-698-3683 Direct
andrew.levander@dechert.com
dechert.com

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.