**Exhibit 10 is intentionally omitted.**