UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER<br><br>Defendant, | **FILED UNDER SEAL**<br><br>Case No. PJM-20-3290 |

**PLAINTIFFS' EMERGENCY MOTION FOR**
**A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Robert Rothman, Dwight C. Schar, and Frederick W. Smith ("**Plaintiffs**") respectfully submit Plaintiffs' *Emergency Motion for a Temporary Restraining Order and Preliminary Injunction* ("**Emergency TRO/PI Motion**") and hereby move, pursuant to Federal Rule of Civil Procedure 65, for a temporary restraining order and preliminary injunction against Defendant Daniel Snyder, and for the reasons stated herein and in the accompanying *Memorandum of Law* in support of the *Emergency TRO/PI Motion* incorporated herein.

As described in detail within Plaintiffs' *Memorandum of Law*, Plaintiffs have provided specific facts that clearly show that immediate and irreparable injury, loss, or damage will result to the Plaintiffs without the granting of the relief requested herein.

As described in detail within Plaintiffs' *Memorandum of Law*, Plaintiffs are likely to succeed on the merits of the above-captioned action, Plaintiffs will suffer irreparable injury if the requested relief is not issued, Defendant Daniel Snyder will not be harmed if the requested relief is issued, and the public interest favors the entry of the temporary restraining order and preliminary injunction requested herein.

For these reasons, and for the reasons described in the accompanying *Memorandum of Law*, Plaintiffs respectfully request that this Court, grant this Emergency TRO/PI Motion and issue a temporary restraining order followed by a preliminary injunction:

(1) Ordering that Defendant Daniel Snyder is precluded from exercising any rights of first refusal under the Stockholders Agreement on the basis of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and it is further issue a permanent Order restricting all parties from disclosing any information, pleadings and/or documents obtained in the above-captioned matter to any third-party; and

(2) Ordering that Defendant Daniel Snyder is precluded from purportedly exercising his right of first refusal by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and

(3) Ordering that Defendant Daniel Snyder is precluded, on the basis of his November 9, 2020 notices of intention to purchase ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ from impeding Plaintiffs' efforts to accept the purchase proposal embodied in the Letter of Intent, including without limitation by impeding reasonable business, financial, legal and tax due diligence of Washington Football Inc.; and

(4) Ordering that Defendant Daniel Snyder is enjoined from pursuing in arbitration his claims for injunctive relief on the same issues now pending before this Court.

Dated: November 16, 2020
       Bethesda, MD

Respectfully submitted,

_____/s/_____

Adam L. Van Grack (D. Md. Bar No. 17976)
Theodore B. Kiviat (D. Md. Bar No. 29019)
Longman & Van Grack LLC
10411 Motor City Drive, Suite 750
Bethesda, MD 20817
(301) 291-5027 (tel.)
(301) 291-5028 (fax)
avangrack@lvglawfirm.com
tkiviat@lvglawfirm.com

Stephen R. Neuwirth (pro hac vice pending)
Julia M. Beskin (pro hac vice pending)
Jeremy Baldoni (pro hac vice pending)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)
stephenneuwirth@quinnemanuel.com
juliabeskin@quinnemanuel.com
jeremybadloni@quinnemanuel.com

Jonathan Cooper (D. Md. Bar No. 21345)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW
Suite 900
Washington, DC 20005
(202) 538-8000 (tel.)
(202) 538-8100 (fax)
jonathancooper@quinnemanuel.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I electronically filed the foregoing *Emergency Motion for a Temporary Restraining Order and Preliminary Injunction* and the *Memorandum of Law in support of the Emergency Motion for a Temporary Restraining Order and Preliminary Injunction* (collectively, the *Motion and Memo*) via e-mail to christine.coogle@mdd.uscourts.gov and mdddb_civil_sealed@uscourts.gov, a copy of the *Motion and Memo* was provided to Andrew Levander via electronic mail at andrew.levander@dechert.com whom I understand is Counsel for Defendant Snyder. Pursuant to the Court's procedures, I intend to cause paper copies of the *Motion and Memo* to be deposited (under seal) in the Court's drop box before 4:00 pm.

/s/
_____
Adam L. Van Grack (D. Md. Bar No. 17976)
Longman & Van Grack LLC
10411 Motor City Drive, Suite 750
Bethesda, MD 20817
(301) 291-7156 (tel.)
(301) 291-5028 (fax)
avangrack@lvglawfirm.com
