**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN, DWIGHT C. SCHAR, FREDERICK W. SMITH, <br><br> Plaintiffs, <br><br> – against – <br><br> DANIEL SNYDER, <br><br> Defendant. | Case No. PJM20CV3290 <br><br> **FILED UNDER SEAL** <br><br> **DECLARATION OF DAVID L. KOCHE IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, David L. Koche, declare as follows:

1.     I am a partner at the law firm of Barnett, Kirkwood, Koche, Long and Foster P.A., attorneys for Plaintiffs Robert Rothman, Dwight C. Schar, and Frederick W. Smith ("Plaintiffs"), in a pending arbitration against Defendant Snyder.  I am a member in good standing of the Bar of the State of Florida.  I respectfully submit this Declaration in Support of Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction.  I provide this Declaration based on personal knowledge and would testify thereto if called upon to do so.  All citations to exhibits herein refer to exhibits to the Declaration of Julia M. Beskin, submitted with the Motion for TRO/PI and incorporated as part of the Motion for Protective Orders.

2.     On October 23, 2020, I submitted a Notice of Intention to Sell WFI Stock ("Notice of Intention to Sell") to Defendant Snyder on behalf of Plaintiffs.  Ex. 4 (Notice of Intention to Sell).

3.     On October 26, 2020, I sent an email to Andrew J. Levander, counsel for Defendant Snyder. In that email, ████████████████████████████████████

1

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████ Ex. 5 (October 26, 2020 email).

4.    Between October 26 and 28, 2020, I had several phone conversations with Mr.

Levander.  Following those conversations, Mr. Levander transmitted an email message on

October 28, 2020 stating: ████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

██████████████████████████████████ Ex. 6 (October 28-29 email exchange).

5.    On October 29, 2020, I responded to Mr. Levander's email. I wrote: ████████████

██████████████████ ██ ████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████ Mr. Levander responded that same day by email, stating:  "Understood. Just so we

don't have a silly argument later, please confirm 11:59 pm on November 9, 2020 is the mutually

agreed expiration of the 15 day period under Section 7 of the Shareholders Agreement. I expect

to be back to you well before then." I responded that same day and wrote to Mr. Levander: "Confirmed. Thank you." Ex. 6 (October 28-29 email exchange).

6.      On November 3, 2020, following conversations with Mr. Levander, he transmitted an email to me. The email stated, among other things, that the parties had agreed to "extend the time to respond to the Notice of Intent to Sell by three days from November 9 to 11:59 pm on November 12, 2020." It requested that Plaintiffs "acknowledge by return email." That same day, I did so acknowledge by return email. Mr. Levander then thanked me for that acknowledgement. Ex. 9 (November 3, 2020 email exchange).

7.      ██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

███████████████████████████████████████

████████████████████ Ex. 8 (November 9, 2020 letter from Mr. Levander).

8.      I declare under penalty of perjury that the foregoing is true and correct.


Executed on November 16, 2020.

_____
David L. Koche

Tampa, Florida

4