UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER<br><br>Defendant, | FILED UNDER SEAL<br><br>Case No. PJM-20-3290 |

**DECLARATION OF JULIA M. BESKIN IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION AND PLAINTIFFS' EMERGENCY MOTION FOR
PROTECTIVE ORDERS**

I, Julia M. Beskin, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel," or "the firm"), attorneys for Plaintiffs Robert Rothman, Dwight C. Schar, and Frederick W. Smith ("Plaintiffs"), in the above-captioned action. I am a member in good standing of the Bar of the State of New York. I respectfully submit this Declaration in Support of Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction and Plaintiffs' Emergency Motion for Protective Orders. I provide this Declaration based on personal knowledge and would testify thereto if called upon to do so.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of the Second Amended and Restated Stockholders Agreement among Washington Football, Inc.; Daniel M. Snyder; Arlette Snyder; Michele D. Snyder; Dwight C. Schar; Frederick W. Smith; and Robert Rothman, dated March 31, 2005.

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of a letter to Defendant Snyder from Plaintiffs, dated May 14, 2020.

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of a letter to John A. Moag, Jr. and Tom Lang, Sr., from ███████████████████████ ███

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of a letter to Defendant Snyder from Plaintiffs, dated October 23, 2020.

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of an email between David L. Koche (counsel to Plaintiffs) and Andrew Levander (counsel to Defendant), dated October 26, 2020.

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of an email between David L. Koche (counsel to Plaintiffs) and Andrew Levander (counsel to Defendant), dated October 28-29, 2020.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of an email between David L. Koche (counsel to Plaintiffs) and Andrew Levander (counsel to Defendant), dated November 3, 2020.

9. Attached as Exhibit 8 to this Declaration is a true and correct copy of a letter to Defendant Snyder from Plaintiffs, dated November 9, 2020.

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of an email between Neil A. Steiner (counsel to Defendant) and David L. Koche (counsel to Plaintiffs), dated November 9, 2020.

11. [Exhibit 10 intentionally omitted].

12. [Exhibit 11 intentionally omitted].

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of the Constitution and Bylaws of the National Football League.

14. Attached as Exhibit 13 to this Declaration is a true and correct copy of the National Football League Dispute Resolution Procedural Guidelines.

15. On November 13, 2020, at 2:09 pm, Plaintiffs' counsel sent, via email, the following pleadings in this action to Mr. Snyder's counsel (with a request that Mr. Snyder's counsel advise if he would be willing to accept service on behalf of Mr. Snyder): the executed summons, the complaint and civil cover sheet, the motion to seal and accompanying memorandum, and the appearance and admission pleadings. At 1:25 pm on November 13, 2020, Mr. Snyder served on Plaintiffs, in a pending arbitration between the parties that until that point had involved different issues (the "Arbitration"), a motion for a preliminary injunction on the same matters that were now pending before this Court in Plaintiffs' earlier filed Complaint.

16. ███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2020.

*Julia Beskin*

_____
Julia M. Beskin

New York, New York.

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
## *Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER<br><br>Defendant, | **FILED UNDER SEAL**<br><br>Case No. PJM-20-3290 |

**INDEX OF EXHIBITS TO THE DECLARATION OF JULIA M. BESKIN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDERS**

| Exhibit No. | Document |
|---|---|
| 1. | Second Amended and Restated Stockholders Agreement among Washington Football, Inc.; Daniel M. Snyder; Arlette Snyder; Michele D. Snyder; Dwight C. Schar; Frederick W. Smith; and Robert Rothman, dated March 31, 2005 |
| 2. | Letter to Defendant Snyder from Plaintiffs, dated May 14, 2020 |
| 3. | Letter to John A. Moag, Jr. and Tom Lang, Sr., ███████████ dated October 16, 2020 |
| 4. | Letter to Defendant Snyder from Plaintiffs, dated October 23, 2020 |
| 5. | Email between David L. Koche (counsel to Plaintiffs) and Andrew Levander (counsel to Defendant), dated October 26, 2020 |
| 6. | Email between David L. Koche (counsel to Plaintiffs) and Andrew Levander (counsel to Defendant), dated October 28-29, 2020 |
| 7. | Email between David L. Koche (counsel to Plaintiffs) and Andrew Levander (counsel to Defendant), dated November 3, 2020 |
| 8. | Letter to Defendant Snyder from Plaintiffs, dated November 9, 2020 |
| 9. | Email between Neil A. Steiner (counsel to Defendant) and David L. Koche (counsel to Plaintiffs), dated November 9, 2020 |
| 10. | Intentionally Omitted |
| 11. | Intentionally Omitted |
| 12. | Constitution and Bylaws of the National Football League |
| 13. | National Football League Dispute Resolution Procedural Guidelines |