# Exhibit 5

**From:** David L. Koche [mailto:dkoche@barnettbolt.com]
**Sent:** Monday, October 26, 2020 9:41 AM
**To:** 'Levander, Andrew' <andrew.levander@dechert.com>; 'Steiner, Neil' <neil.steiner@dechert.com>; 'Sarchio, Christina' <Christina.Sarchio@dechert.com>
**Cc:** Stephen Neuwirth <stephenneuwirth@quinnemanuel.com>; 'Benito Romano' <romano@freehsporkinsullivan.com>; 'Gibbs, Thomas' <tgibbs@sgrlaw.com>
**Subject:** RE: WFI / Notice of Intention to Sell

[EXERTNAL EMAIL]



Again, and as always, we are happy to discuss. Best regards



**David L. Koche**
Attorney at Law
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 ext. 111
Fax: (813) 251-6711
E-mail: dkoche@barnettbolt.com
Website: www.BarnettBolt.com

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved. Thank you.

**From:** David L. Koche
**Sent:** Friday, October 23, 2020 3:35 PM
**To:** 'Levander, Andrew'; Steiner, Neil; Sarchio, Christina
**Cc:** 'stephenneuwirth@quinnemanuel.com'; 'Benito Romano'; 'Gibbs, Thomas'
**Subject:** WFI / Notice of Intention to Sell

Attached is the RSS Stockholders' Notice of Intention to Sell. Please let me know if WFI would prefer I not send the attached pursuant to the notice requirements specified in Section 19 of the Stockholder's Agreement and instead agrees that this email constitutes sufficient delivery of the Notice to WFI.

If I have not heard back from you by the close of business (5:00 pm) that WFI prefers to accept the attached as sufficient service of the Notice, I will also send the attached to WFI directly for delivery via Fedex (no signature required) pursuant to the notice provisions in Section 19 of the Stockholder's Agreement.

As always, I am happy to discuss. Best regards



**David L. Koche**
Attorney at Law
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 ext. 111
Fax: (813) 251-6711
E-mail: dkoche@barnettbolt.com
Website: www.BarnettBolt.com

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved. Thank you.