# Exhibit 6

| | |
|---|---|
| **From:** | David L. Koche <dkoche@barnettbolt.com> |
| **Sent:** | Thursday, October 29, 2020 8:40 AM |
| **To:** | Levander, Andrew |
| **Cc:** | Steiner, Neil; 'Gibbs, Thomas'; 'Stephen Neuwirth' |
| **Subject:** | RE: Response to the purported notice of intent to sell |

Confirmed. Thank you



**David L. Koche**
Attorney at Law
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 ext. 111
Fax: (813) 251-6711
E-mail: dkoche@barnettbolt.com
Website: www.BarnettBolt.com

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved. Thank you.

**From:** Levander, Andrew [mailto:andrew.levander@dechert.com]
**Sent:** Thursday, October 29, 2020 8:37 AM
**To:** David L. Koche
**Cc:** Steiner, Neil; Gibbs, Thomas; Stephen Neuwirth
**Subject:** Re: Response to the purported notice of intent to sell

Understood. Just so we don't have a silly argument later, please confirm 11:59pm on November 9, 2020 is the mutually agreed expiration of the 15 day period under Section 7 of the Shareholders Agreement. I expect to be back to you well before then.

**Andrew J. Levander**

**Dechert LLP**
1095 Avenue of the Americas
New York, New York 10036
+1 212-698-3683 Direct
andrew.levander@dechert.com
dechert.com

On Oct 29, 2020, at 7:48 AM, David L. Koche <dkoche@barnettbolt.com> wrote:

[EXTERNAL EMAIL]

1

We agree to the time period (November 9th is, as we discussed, the deadline to respond to the 15 days set forth in the Notice), but if you do not believe it is a valid Notice we would rather know sooner than later (and certainly would strongly dispute the same as it meets all of the requirements set forth in section 7 of the Stockholders Agreement).

&lt;image001.png&gt;

**David L. Koche**
Attorney at Law
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
Tel.: (813) 253-2020 ext. 111
Fax: (813) 251-6711
E-mail: dkoche@barnettbolt.com
Website: www.BarnettBolt.com

Confidentiality Note:
The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) at (813) 253-2020 and return the original message to us at the above listed address via electronic mail. We will reimburse you for telephone expenses involved. Thank you.

**From:** Levander, Andrew [mailto:andrew.levander@dechert.com]
**Sent:** Wednesday, October 28, 2020 3:14 PM
**To:** David L. Koche; 'Gibbs, Thomas'
**Cc:** Steiner, Neil
**Subject:** Response to the purported notice of intent to sell



**Andrew J. Levander**

**Dechert LLP**
1095 Avenue of the Americas
New York, New York 10036
+1 212-698-3683 Direct
andrew.levander@dechert.com
dechert.com

2

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.