Exhibit 9

From: Steiner, Neil [mailto:neil.steiner@dechert.com]
Sent: Monday, November 9, 2020 7:04 PM
To: David L. Koche <dkoche@barnettbolt.com>; Stephen Neuwirth
<stephenneuwirth@quinnemanuel.com>; Gibbs, Thomas <tgibbs@sgrlaw.com>; tmays@glankler.com
Cc: Levander, Andrew <andrew.levander@dechert.com>
Subject: WFI - Notices of Election to Purchase

[EXTERNAL EMAIL]

Attached are copies of Mr. Snyder's Notices ████████████████████████

Neil A. Steiner

Dechert LLP
+1 212 698 3822  Direct
neil.steiner@dechert.com
dechert.com

-----Original Message-----
From: Steiner, Neil
Sent: Monday, November 09, 2020 2:23 PM
To: David L. Koche <dkoche@barnettbolt.com>; stephenneuwirth@quinnemanuel.com; Gibbs, Thomas
<tgibbs@sgrlaw.com>; 'tmays@glankler.com' <tmays@glankler.com>
Cc: Levander, Andrew <andrew.levander@dechert.com>
Subject: WFI - 2020 11 09 AJL letter to Koche re deficiencies in Notice of Intent to Sell.pdf

Please see attached letter concerning the purported Notice of Intention to Sell.

Neil A. Steiner

Dechert LLP
+1 212 698 3822  Direct
neil.steiner@dechert.com
dechert.com

Your message is ready to be sent with the following file or link attachments:

2020 11 09 AJL letter to Koche re deficiencies in Notice of Intent to Sell.pdf

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain
types of file attachments.  Check your e-mail security settings to determine how attachments are
handled.

**************************************************************************
This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.

| From: | Karl Schreiber <karl@riverhousepotomac.com> |
|---|---|
| Sent: | Monday, November 9, 2020 3:55 PM |
| To: | 'Robert Rothman' |
| Cc: | Levander, Andrew; Steiner, Neil |
| Attachments: | ███████████████████████; 2020 11 09 AJL letter to Koche re deficiencies in Notice of Intent to Sell.pdf; ████████████ |

[EXTERNAL EMAIL]

Bob,

I have attached the signed Notice of Intent to Purchase.  Included the previous documents so you have in one email.  This package will be sent to your offices via Fedex delivery tomorrow AM.

Sincerely,

Karl


Karl Schreiber
Chief Financial Officer
Snyder Enterprises
+1 703 489 0209
karl@riverhousepotomac.com

1





Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

ANDREW J. LEVANDER

andrew.levander@dechert.com
+1 212 698 3683 Direct
+1 212 698 0483 Fax

November 9, 2020

David Koche
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606

Re:     Washington Football, Inc. ("WFI") – Notice of Intent to Sell

Dear David:

As you know, we represent WFI and its Principal Owner, Daniel M. Snyder.  We write in response to the purported Notice of Intent to Sell dated October 23, 2020 (the "Notice") submitted by Robert Rothman, Fredrick Smith and Dwight Schar, which was formally delivered by Federal Express on October 26, 2020.  The agreed-upon deadline for the Other Shareholders to exercise their Right of First Refusal under the Second Amended and Restated Stockholders Agreement dated as of March 31, 2005 (the "Stockholders Agreement") in response to the Notice is Thursday, November 12, 2020.[1]

WFI has distributed the Notice to the Other Stockholders for consideration of their respective rights under the Stockholders Agreement.  In the interest of time, while the Other Stockholders are evaluating their rights, we believe it appropriate to advise you of the numerous material deficiencies in the purported Notice that render it ineffective to satisfy Messrs. Rothman's, Smith's and Schar's obligations under the Stockholders Agreement prior to any of them effecting a sale of his WFI stock.

Section 7(a) of the Stockholders Agreement requires that whenever "a Stockholder (a "Selling Stockholder") proposes to effect a Sale of any shares of Stock (other than as permitted by Section 6(c)), then such Selling Stockholder shall give to the Company a written notice (a "Notice of Intention to Sell") setting forth in reasonable detail the terms and conditions of such proposed transaction, including the identity of the proposed purchaser of such shares and enclosing any agreements, draft agreements or letters of intent relating to such proposed Sale."  The Notice fails to comply with this requirement in at least three material respects.

---

[1] Capitalized terms not otherwise defined herein have the meaning given them in the Stockholders Agreement.



# Dechert
LLP

██████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████

Sincerely,

*/s/ Andrew J. Levander*

Andrew J. Levander

cc:     Stephen Neuwirth, Esq.
        Thomas Gibbs, Esq.
        William T. Mays, Jr., Esq.

# DANIEL MARC SNYDER

November 9, 2020

Robert Rothman

█████████████████

Re:   Washington Football, Inc. ("WFI")

Dear Bob:

I received your Notice of Intention to Sell all of your Shares in WFI dated October 23, 2020 (the "Notice"). Enclosed is a copy of a letter from my counsel to your counsel explaining why the Notice failed to comply with the terms of the Second Amended and Restated Stockholders Agreement of WFI (the "Stockholders Agreement").

████████████████████████████████████████████

████████████████████████████

Sincerely,

Daniel M. Snyder

| | |
|---|---|
| **From:** | Karl Schreiber <karl@riverhousepotomac.com> |
| **Sent:** | Monday, November 9, 2020 3:52 PM |
| **To:** | 'Frederick W. Smith' |
| **Cc:** | Levander, Andrew; Steiner, Neil; 'tmays@glankler.com' |
| **Attachments:** | ███████████████████████; ████████████; 2020 11 09 AJL. letter to Koche re deficiencies in Notice of Intent to Sell.pdf |

[EXTERNAL EMAIL]

Fred,

I have attached the signed Notice of Intent to Purchase.  Included the previous documents again so you have all in one email.  This package will be sent to your offices via Fedex delivery tomorrow AM.

Sincerely,

Karl Schreiber

**Karl Schreiber**
**Chief Financial Officer**
**Snyder Enterprises**
**+1 703 489 0209**
*karl@riverhousepotomac.com*

1

To: 

# DANIEL MARC SNYDER

November 9, 2020

Frederick Smith
FedEx Corporation
███████████████
██████████████████

Re:   <u>Washington Football, Inc. ("WFI")</u>

Dear Fred:

I received your Notice of Intention to Sell all of your Shares in WFI dated October 23, 2020 (the
"Notice"). Enclosed is a copy of a letter from my counsel to your counsel explaining why the Notice
failed to comply with the terms of the Second Amended and Restated Stockholders Agreement of WFI
(the "Stockholders Agreement").



Sincerely,

Daniel M. Snyder

███   ████████
      ██████████████
      ██████████████████
      ████████████████

■ 900 RIVER ROAD
POTOMAC, MD 20854



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

ANDREW J. LEVANDER

andrew.levander@dechert.com
+1 212 698 3683 Direct
+1 212 698 0483 Fax

November 9, 2020

David Koche
Barnett Kirkwood Koche Long & Foster, P.A.
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606

Re:    Washington Football, Inc. ("WFI") – Notice of Intent to Sell

Dear David:

As you know, we represent WFI and its Principal Owner, Daniel M. Snyder. We write in response to the purported Notice of Intent to Sell dated October 23, 2020 (the "Notice") submitted by Robert Rothman, Fredrick Smith and Dwight Schar, which was formally delivered by Federal Express on October 26, 2020. The agreed-upon deadline for the Other Shareholders to exercise their Right of First Refusal under the Second Amended and Restated Stockholders Agreement dated as of March 31, 2005 (the "Stockholders Agreement") in response to the Notice is Thursday, November 12, 2020.[1]

WFI has distributed the Notice to the Other Stockholders for consideration of their respective rights under the Stockholders Agreement. In the interest of time, while the Other Stockholders are evaluating their rights, we believe it appropriate to advise you of the numerous material deficiencies in the purported Notice that render it ineffective to satisfy Messrs. Rothman's, Smith's and Schar's obligations under the Stockholders Agreement prior to any of them effecting a sale of his WFI stock.

Section 7(a) of the Stockholders Agreement requires that whenever "a Stockholder (a "Selling Stockholder") proposes to effect a Sale of any shares of Stock (other than as permitted by Section 6(c)), then such Selling Stockholder shall give to the Company a written notice (a "Notice of Intention to Sell") setting forth in reasonable detail the terms and conditions of such proposed transaction, including the identity of the proposed purchaser of such shares and enclosing any agreements, draft agreements or letters of intent relating to such proposed Sale." The Notice fails to comply with this requirement in at least three material respects.

---

[1] Capitalized terms not otherwise defined herein have the meaning given them in the Stockholders Agreement.



# Dechert
### LLP

Sincerely,

/s/ *Andrew J. Levander*

Andrew J. Levander

cc:    Stephen Neuwirth, Esq.
       Thomas Gibbs, Esq.
       William T. Mays, Jr., Esq.