UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>                Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER<br><br>                Defendant, | **FILED UNDER SEAL**<br><br>Case No. PJM-20-3290 |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Emergency Motion for Temporary Restraining Order, the accompanying Memorandum of Law and Exhibits, as well as arguments offered by the parties;

It appearing to the Court that the Plaintiffs are likely to succeed on the merits of their action, that they will suffer irreparable injury if the requested relief is not issued, that the Defendant will not be harmed if the requested relief is issued, and that the public interest favors the entry of such an order,

It is, therefore, is _____ AM/PM on the ____ day of _____ 2020, hereby ORDERED, by the United States District Court for the District of Maryland, for the reasons stated on the record and/or in the accompanying Memorandum Opinion, which reasons are hereby incorporated by reference, that the Plaintiffs' Emergency Motion for Temporary Restraining Order be, and the same hereby is, GRANTED; and it is further

ORDERED that Defendant Daniel Snyder is precluded from exercising any rights of first refusal under the Washington Football Inc. Stockholders Agreement ███████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████ it is further

ORDERED that Defendant Daniel Snyder is precluded from purportedly exercising his right of first refusal by ████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████ and it is further

ORDERED that Defendant Daniel Snyder is precluded, on the basis of his November 9, 2020 notices of intention to purchase ████████████████████████████████

██████████ from impeding Plaintiffs' efforts to accept the purchase proposal embodied in the Letter of Intent received by Plaintiffs, including without limitation by impeding reasonable business, financial, legal and tax due diligence of Washington Football Inc.; and it is further

ORDERED that Defendant Daniel Snyder is enjoined from pursuing in arbitration his claims for injunctive relief on the same issues now pending before this Court; and it is further

ORDERED that this Temporary Restraining Order shall expire at _____ AM/PM on the _____ day of _____ 2020, unless before that time this Court, for good cause, extends it for a like period or Defendant Daniel Snyder consents to a longer extension; and it is further ORDERED that the Court shall set the preliminary injunction hearing at the earliest possible time.

SO ORDERED.

_____

United States District Judge