UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>　　　　　　Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER<br><br>　　　　　　Defendant, | **FILED UNDER SEAL**<br><br>Case No. PJM-20-3290 |

**PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for Preliminary Injunction, the accompanying Memorandum of Law and Exhibits, as well as arguments offered by the parties;

It appearing to the Court that the Plaintiffs are likely to succeed on the merits of their action, that they will suffer irreparable injury if the requested relief is not issued, that the Defendant will not be harmed if the requested relief is issued, and that the public interest favors the entry of such an order,

It is, therefore, is _____ AM/PM on the ____ day of _____ 2020, hereby ORDERED, by the United States District Court for the District of Maryland, for the reasons stated on the record and/or in the accompanying Memorandum Opinion, which reasons are hereby incorporated by reference, that the Plaintiffs' Motion for Preliminary Injunction be, and the same hereby is, GRANTED; and it is further

ORDERED that Defendant Daniel Snyder is precluded from exercising any rights of first refusal under the Washington Football Inc. Stockholders Agreement ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ and it is further

ORDERED that Defendant Daniel Snyder is precluded from purportedly exercising his right of first refusal by ███████████████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████ and it is further

ORDERED that Defendant Daniel Snyder is precluded, on the basis of his November 9, 2020 notices of intention to purchase ███████████████████████████ ████████████ from impeding Plaintiffs' efforts to accept the purchase proposal embodied in the Letter of Intent received by Plaintiffs, including without limitation by impeding reasonable business, financial, legal and tax due diligence of Washington Football Inc.; and it is further

ORDERED that Defendant Daniel Snyder is enjoined from pursuing in arbitration his claims for injunctive relief on the same issues now pending before this Court.

SO ORDERED.

_____

United States District Judge