# EXHIBIT A

# to Plaintiffs' Emergency Motion for Protective Orders

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### *Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>            Plaintiffs,<br><br>   – against –<br><br>DANIEL SNYDER,<br><br>            Defendant. | **FILED UNDER SEAL**<br><br>Case No. PJM-20-3290 |

**DECLARATION OF ADAM L. VAN GRACK, ESQ. IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A
PRELIMINARY INJUNCTION AND PLAINTIFFS' EMERGENCY MOTION FOR A
PROTECTIVE ORDER**

1.      I, Adam L. Van Grack, Esq., submit this declaration in support of *Plaintiffs'*
*Emergency Motion for a Temporary Restraining Order and a Preliminary Injunction* (the
"Motion for TRO/PI") and *Emergency Motion for a Protective Order* in the above-captioned
action (the "Motion for Protective Order").

2.      I am a member at the law firm of Longman & Van Grack, LLC, attorneys for
Plaintiffs Robert Rothman, Dwight C. Schar, and Frederick W. Smith ("Plaintiffs"), in the
above-captioned action.  I am a member in good standing of the Bar of this Court as well as of
the State of Maryland and the District of Columbia.  I provide this Declaration based on personal
knowledge and would testify thereto if called upon to do so.

3.      At 5:02 pm on November 13, 2020, an individual who identified herself as Katie
Rosman, a reporter for the New York Times, call my direct dial office line and at 5:04 pm left a
voicemail for me on my direct dial line.  Ms. Rosman's message advised me that she was calling
to inquire "about a filing…asking a federal judge in Maryland to allow (Plaintiffs) to sell their
shares of the Washington Football Team as a group and not to have Dan Snyder try to separate
their shares as separate parcels.  So I wanted to know if anyone wanted to comment on that
story…"

4.      At 5:16 pm, Ms. Rosman sent me an e-mail wherein she noted that she was
"reporting a story about your clients Fred Smith, Dwight Schar and Robert Rothman and their
filing in federal court in Maryland, asking a judge to allow them to sell their WFT shares (40
percent of the team) together."  A true and correct copy of Ms. Rosman's e-mail is attached as
Exhibit 1 hereto.

5.      I am aware that less than two hours later, an article was posted online in the *New York Times* which quoted the sealed Complaint in this matter and also further disclosed information about the purchase terms included in the confidential Letter of Intent that is a central subject of the sealed Complaint in this matter.  A true and correct copy of this November 13, 2020 online posting can be found at https://www.nytimes.com/2020/11/13/sports/washington-nfl-team-snyder.html (last accessed November 16, 2020).  The online article notes, "A version of this article appears in print on November 14, 2020, Section B, Page 11 of the New York edition with the headline: Power Struggle in Washington: Dispute Over Team Reaches Court."  A true and correct copy of this article is attached as Exhibit 2 hereto.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on November 16, 2020.

Adam L. Van Grack, Esq.

3

# EXHIBIT 1

to Van Grack Affidavit

| | |
|---|---|
| **From:** | Katie Rosman |
| **To:** | Adam Van Grack |
| **Subject:** | New York Times reporter ON DEADLINE |
| **Date:** | Friday, November 13, 2020 5:16:45 PM |

Dear Adam:

My name is Katie Rosman and I am a reporter for the New York Times.

With a colleague, I am reporting a story about your clients Fred Smith, Dwight Schar and Robert Rothman and their filing in federal court in Maryland, asking a judge to allow them to sell their WFT shares (40 percent of the team) together.

Are you or your clients available for comment? We are writing on deadline.
I can be reached on 917-495-7005.

best regards,
Katie Rosman

# EXHIBIT 2

to Van Grack Affidavit


WARBY PARKER
Find your perfect
pair of glasses
Get started

# Partial Owners of Washington's N.F.L. Team Seek Path in Court to Sell Their Stake

Three limited partners said in a federal court filing that Daniel Snyder, the team's majority owner, was trying to block the sale of their combined 40 percent stake for $900 million.




Jerry Jones, left, the Cowboys' owner, with the embattled Daniel Snyder, owner of the Washington Football Team.

By Ken Belson and Katherine Rosman

Nov. 12, 2020

The increasingly bitter battle for control of the Washington Football Team took a significant turn on Friday when three of the team's limited partners, who together own 40 percent of the club, asked a federal judge to allow them to sell their shares as a group.

Such filings are rare in the opaque world of buying and selling N.F.L. teams. Most ownership disputes are handled in-house by a league arbitrator, but by taking it to court, the minority shareholders are signaling the depth of the discord with the majority owner, Daniel Snyder.

Their maneuver to court, however, risks alienating the league and other team owners.

The three limited partners — Frederick Smith, the chairman of FedEx; Robert Rothman, an asset manager; and Dwight Schar, founder of a home building company — said in their filing in United States District Court in Maryland that they had received an offer of $900 million for their combined shares.

Snyder has given legal notice to the limited partners that he will exercise his right of first refusal, but buy out only Smith and Rothman, who together own 25 percent, not Schar, who holds 15 percent of the team.



This prompted the limited partners to ask a judge to let them sell their shares as a block and stop Snyder from trying to split up the group.

The limited partners said that Snyder's effort "flies in the face" of their partnership agreement, according to the court filing reviewed by The New York Times. The agreement, they said, gives Snyder only the right to buy all of the shares up for sale, not just the ones he wants.

"Mr. Snyder's position also threatens to disrupt an orderly process — including, among other things, necessary due diligence — for plaintiffs" to sell their shares, the filing said.

The filing does not say who has offered to buy the limited partners. But the partners said their window to negotiate with the potential buyer would expire on Nov. 25.

The team and the N.F.L. did not respond to a request for comment. The lawyers for the three limited partners also did not reply to a request for comment.


REFRESH YOUR ROUTINE
START SHOPPING

Editors' Picks



The dispute between Snyder and the limited partners, who bought into the team nearly 20 years ago, began in the spring. With the future of the 2020 N.F.L. season unclear then, Snyder deferred paying annual dividends to the shareholders, a decision that the partners said was made without consulting them. This led to a series of accusations that included financial mismanagement of the team and efforts to smear Snyder.

Snyder drew the three partners of the team's board this summer, and the N.F.L. appointed an arbitrator to settle the dispute. The arbitrator has yet to issue a ruling.

At the same time, Snyder filed a defamation suit claiming a conspiracy aimed at forcing him to sell the team. In some of those filings, Snyder has hinted at Schar's involvement in stories critical of Snyder's stewardship of the team. Snyder has also named Schar's daughter, as well as a company controlled by Schar and his son-in-law, in his filings.

Beth Wilkinson, a well-known lawyer in Washington, D.C., was hired to investigate allegations of widespread sexual harassment in the team's front office, details of which were published in July by The Washington Post. The Post cited 15 women who formerly worked with the team.

Under pressure from some of his team's largest sponsors, including FedEx, Snyder also changed the team's longtime logo and name, which many Native American groups considered a slur.

Ken Belson covers the N.F.L. He joined the Sports section in 2009 after stints in Metro and Business. From 2001 to 2004, he wrote about Japan in the Tokyo bureau. @kenbelson

Katherine Rosman is a features reporter on the Styles desk. She covers media, the business of fitness, and the politics of gender. She joined The Times in 2014. @katierosman

A version of this article appears in print on Nov. 13, 2020, Section B, Page 11 of the New York edition with the headline: Three Struggle for Control of Washington N.F.L. Team. Order Reprints | Today's Paper | Subscribe

## More in Sports


Minor League Stars Aim at Freddie Freeman His M.V.P. Award


Giants Make a Case to Win the Grim N.F.C. East


The ATP Finals Say Goodbye to London


This Couple Is Sailing Around the World — Against Each Other

The Next Generation of Men's Tennis Is Making Noise

## Editors' Picks


How 'The Queen's Gambit' Started a New Debate About Sexism in Chess


Dave Grohl, 50-Year-Old Nandi Bushell and One Very Epic Drum Battle


Before 'I Have a Dream,' Martin Luther King Almost Died, This Man Saved Him.

## Most Popular

Notes on Obamacare's Future

Met Museum Board Will Have Two Leaders for the First Time

The Nude Pictures That Won't Go Away

A College Credit From Afar Gets Real Two Decades Later

Navy Research Confirms Need for Strict Coronavirus Testing Protocols

Hiker Rescued From Mount Rainier Makes 'Miraculous' Recovery

Tiger Woods Faced Disaster at the Masters. He Stuck Through It Anyway.

Wild About Him, but Not the Bike He Rode Is On

Question: Trump, the Absolute Worst Loser

His Abuse Was a 'Family Matter,' Until It Went Live


PAID POST    MGM Electric

The New York Times

NEWS
Home Page
World
U.S.
Politics
Election Results
New York
Business
Tech
Science
Sports
Obituaries
Today's Paper
Corrections

OPINION
Today's Opinion
Op-Ed Columnists
Editorials
Op-Ed Contributors
Letters
Sunday Review
Video: Opinion

ARTS
Today's Arts
Art & Design
Books
Dance
Movies
Music
Pop Culture
Television
Theater
Video: Arts

LIVING
At Home
Automobiles
Games
Education
Food
Health
Jobs
Love
Magazine
Parenting
Real Estate
Recipes
Style
T Magazine
Travel

MORE
Reader Center
Wirecutter
Live
The Learning Network
Tools & Services
Multimedia
Photography
Video
Newsletters
NYT Store
Times Journeys
Manage My Account

SUBSCRIBE
Home Delivery
Digital Subscriptions
Games
Cooking
Email Newsletters
Corporate Subscriptions
Education Rate
Mobile Applications
Replica Edition
Español
中文网

© 2020 The New York Times Company    NYTCo    Contact Us    Accessibility    Work with us    Advertise    T Brand Studio    Your Ad Choices    Privacy    Terms of Service    Terms of Sale    Site Map    Help    Subscriptions