UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>                Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER<br><br>                Defendant, | **FILED UNDER SEAL**<br><br>Case No. PJM-20-3290 |

**PERMANENT PROTECTIVE ORDER**

Whereas, Plaintiffs have filed a *Motion for Protective Orders* seeking a temporary protective order and a permanent protective order relating to the disclosure of information and materials in this matter (the "*PO Motions*");

Whereas, Plaintiffs also filed a *Motion to Seal Entire Record* in accordance with Local Rule 105.11 on November 13, 2020, which is currently pending before this Court;

Whereas, Plaintiffs maintain that the entire record and all pleadings related to the above-captioned matter as necessary to be sealed (the "Sealed Record");

Whereas, the Court has not ruled on Plaintiffs' *Motion to Seal Entire Record* since that motion was entered on the public Court docket on November 13, 2020, and the fourteen-day period under Local Rule 105.11 has yet to expire;

Whereas, the Court finds that while the entire record in the matter is sealed pursuant to the Local Rules, the Federal Rules of Civil Procedure, or order of this Court, it would frustrate the purpose of the Sealed Record to permit disclosure of the materials and documents in the Sealed Record to third parties by the parties to this matter;

1

Accordingly, it is this ___ day of _____ 2020, by the United States District Court for the District of Maryland, ORDERED:

1. That a permanent protective order shall surround all information and documents contained within the Sealed Record, and while the record in this matter is sealed, all parties to this matter shall not disclose to any third party any information or document related to the above-matter that is contained in the Sealed Record.

3. A copy of this Order shall be mailed to all counsel of record and to any other person entitled to notice hereof and shall be docketed in the court file.

_____

UNITED STATES DISTRICT JUDGE