UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

ROBERT ROTHMAN, et al.,

                Plaintiffs,

   -against-

DANIEL SNYDER,

                Defendant.

**FILED UNDER SEAL**

Case No. PJM-20-3290

# DECLARATION OF ANDREW J. LEVANDER, ESQ. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Andrew J. Levander, declare as follows:

1.  I am partner at the law firm of Dechert LLP, attorneys for Respondent and Cross-Claimant Daniel Snyder in the above-captioned matter. I am licensed to practice law in New York and the District of Columbia. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction. I provide this Declaration based on personal knowledge and would testify thereto if called upon to do so.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the Second Amended and Restated Stockholders Agreement, dated March 31, 2005.

3.  Attached hereto as **Exhibit 2** is a letter from David Koche, Esq. to Norman Chirite, Esq., dated June 1, 2020.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of Mary Ellen Blair's July through September 2020 phone bills for her regular phone.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of a Summary of Mary Ellen Blair call logs on both her regular phone and her burner phone with certain identified individuals between August and September 2020.

6.  Attached hereto as **Exhibit 5** is a true and correct copy of Mary Ellen Blair's text messages with Bobby Porter.

7.  Attached hereto as **Exhibit 6** is a true and correct copy of Mary Ellen Blair's text messages with Liz Clarke, a reporter with *The Washington Post*.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of Mary Ellen Blair's text messages including with Lee Melchionni and Lynn Kessler.

9.  Attached hereto as **Exhibit 8** is a true and correct copy of the screen shots from the

"burner phone" Mary Ellen Blair was given by Dwight C. Schar.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a summary of Mary Ellen Blair's call log on her burner phone with certain identified individuals between August and September 2020.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a screen shot of the text message sent to Mr. Snyder by John Moag.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Letter of Intent, dated October 1, 2020.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Letter of Intent, dated October 5, 2020.

14. Attached hereto as **Exhibit 13** has been intentionally omitted.

15. Attached hereto as **Exhibit 14** is a copy of an email from Stephen Neuwirth, Esq. to myself, dated November 11, 2020.

16. Attached hereto as **Exhibit 15** has been intentionally omitted.

17. Attached hereto as **Exhibit 16** is an email from Ken Belson to Carreen Winders, dated November 13, 2020.

18. Attached hereto as **Exhibit 17** is a New York Times article titled "Partial Owners of Washington's N.F.L. Team Seek Path in Court to Sell Their Stake", dated November 13, 2020.

19. Attached hereto as **Exhibit 18** is a copy of a chain of emails, including including Ken Belson, Jennifer Caccavo Cordeau, Jenny Robertson, Frederick W. Smith, Rajesh Subramaniam, Brie Carere, Mark Allen, and "Captain Smith," dated July 8-10, 2020.

20. Attached hereto as **Exhibit 19** is a copy of a chain of emails, including Jenny Robertson, Frederick W. Smith, Rajesh Subramaniam, Brie Carere, and Mark Allen, dated July 9-

10, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is correct and true.

Dated: November 17, 2020

                                              /s/ Andrew J. Lavender
                                              Andrew J. Levander