# EXHIBIT 2

# BARNETT, BOLT, KIRKWOOD, LONG, KOCHE & FOSTER

ATTORNEYS AT LAW
SUITE 700
601 BAYSHORE BOULEVARD
TAMPA, FLORIDA 33606-2763

TELEPHONE:
(813) 253-2020

FACSIMILE:
(813) 251-6711

LESLIE J. BARNETT
CRAIG E. BEHRENFELD
ROBERT S. BOLT
HUNTER J. BROWNLEE
CHARLES A. CARLSON
KEVIN J. DARKEN
MATTHEW L. EVANS
MICAH G. FOGARTY
TODD FOSTER
MATT GODDEYNE
MICHAEL V. HARGETT
DAVID M. HEMEYER
PETER T. KIRKWOOD
DAVID L. KOCHE
VONYA Z. LANCE

VALERIE STOKER LITSCHGI
MATTHEW E. LIVESAY
THOMAS G. LONG
RACHEL ALBRITTON LUNSFORD
KRISTEN L. MELLA
MICHAEL D. MILLER
PATRICIA M. NOLAN
ANDREW W. POWELL
RICHARD W. RADKE
RICHARD RODRIGUEZ
STEVEN D. SHAPIRO
NATALIA B. SILVER
ALLISON KIRKWOOD SIMPSON
WILLIAM R. VINCENT

OF COUNSEL
JEFFREY P. GREENBERG

June 1, 2020

**VIA EMAIL**
Norman Chirite, Esq.
ndchirite@gmail.com

Dear Norm:

It was nice to meet you by telephone last week.

As you are well aware, my clients believe the time has come for them to sell their interest in WFI at fair value, which is why they engaged Moag & Company. In connection with a potential sale to any third party, my clients and the potential buyer(s) will certainly need to engage in a detailed review of WFI's books and records, including but not limited to, all WFI's transactions with any insiders or entities controlled by insiders. It is for this reason we discussed access by our outside accountants (without any boundaries on what they are allowed to review).

Of course to the extent my clients' interests are purchased by Dan or a group led by Dan, such a detailed review and due diligence likely would not be necessary given Dan's familiarity with WFI's financial condition and transactions. Accordingly, it would seem worthwhile for Dan to consider putting forth his best efforts to lead the buy-out effort as we think this is likely the best scenario to avoid an expensive and lengthy due diligence process and detailed review of WFI's books, records, and past transactions and proceed to an amicable and expedited closing on the sale of my clients' interests.

Please do not hesitate to call me with any questions.

Sincerely

BARNETT, BOLT, KIRKWOOD,
LONG, KOCHE & FOSTER

David L. Koche

DLK:jht
cc: Mr. Dwight Schar
 Mr. Robert Rothman
 Mr. Fred Smith

#1246718