# EXHIBIT 10



**John**

iMessage
Today 9:17 PM

Hey Dan— My lawyers sent me your filing in which you are representing yourself Pro Se. I'd be glad to represent myself Pro Se but only private discussions with you as well. That requires a business deal, not a legal process. If you continue your game, you know what I know and what I have never spoken about. And you know it has nothing to do about the media shit....it's the more serious shit.

If you want to get to a clean conclusion, let me know. If you want a shit show, we are on for that too.

John