# EXHIBIT 13
# INTENTIONALLY OMITTED