# EXHIBIT 18

**To:** Jenny Robertson ███████████████, Frederick W. Smith ███████
**Cc:** Rajesh Subramaniam ███████████; Brie Carere ███████████; Mark Allen ███████
**From:** Captain Smith[O=FEDEX EXCHANGE/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CPTSMITH]
**Sent:** Fri 7/10/2020 8:22:30 AM Central Daylight Time
**Subject:** RE: [EXTERNAL] Re: FW: FWS Interview request from NY Times

We should make no comment on this. The only thing that is important is FedEx reached a "tipping point" in the terms of our stadium sponsorship contract re: damage to our brand and we formally put WFT on notice we were terminating it after 2020 season if name was not changed.

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Jenny Robertson ███████████████
**Date:** Friday, Jul 10, 2020, 08:12
**To:** Frederick W. Smith ███████
**Cc:** Rajesh Subramaniam ███████████, Brie Carere ███████████, Mark Allen ███████
**Subject:** FW: [EXTERNAL] Re: FW: FWS Interview request from NY Times

See below follow up from Ken Belson at NYT. He wants to know if we had shared our opinion on the name before the letter. I know other sources have said that occurred, so we can just leave it and not say more, but wanted to confirm.

Jenny

**From:** Ken Belson ███████████████
**Sent:** Friday, July 10, 2020 7:36 AM
**To:** Jenny Robertson ███████████████
**Subject:** Re: [EXTERNAL] Re: FW: Interview request

Hi Jenny,

Thanks so much for your help.

One follow up question:

The letter was sent on July 2. Is it accurate to say that FedEx (Mr. Smith or other officials) were in discussions with the team in the days or weeks before July 2 regarding the name of the team? Mr. Smith is a shareholder in the team, after all. Perhaps he and Mr. Snyder spoke informally and relayed that that the name had to be changed.

Let me know if that's accurate to report.

Many thanks again, Ken

> **From:** Ken Belson ███████████████
> **Sent:** Wednesday, July 08, 2020 10:58 AM
> **To:** Jennifer Caccavo Cordeau ███████████████
> **Subject:** [EXTERNAL] Interview request
>
> Hi Jen,
>
> Thanks for fielding my call.
>
> As I mentioned, I'm writing a feature story on the decision by Dan Snyder to review the name of his team.
>
> FedEx, as the stadium naming rights partner, has played a role in this, it appears, by asking that the name be changed.
>
> And of course, Mr. Smith has a role as a part owner of the team.
>
> I was hoping that Mr. Smith, as chairman and CEO of FedEx, would be willing to speak about this decision to ask the team to change its name. I have not seen any stories quoting him specifically.
>
> While I recognize the sensitivity of the topic, I know the many N.F.L. owners (and corporate executives) read our newspaper, so his thoughts on the issue would be well broadcast.
>
> Many thanks for considering the request.
>
> All the best,
>
> Ken Belson
> New York Times

CONFIDENTIAL                                                                                              CLAIMANTS00028076

917-837-8246

P.S. As a point of reference, I spoke with Mr. Smith several years ago for a story on FedEx and philanthropy.

https://www.nytimes.com/2010/11/11/giving/11websmith.html

https://www.nytimes.com/2010/11/11/giving/11FEDEX.html

CONFIDENTIAL

CLAIMANTS00008977