# EXHIBIT 19

CLAIMANTS 002 8297

**To:** Frederick W. Smith████████████████
**Cc:** Rajesh Subramaniam████████████ Brie Carere████████████ Mark Allen████████████
**From:** Jenny Robertson[O=FEDEX EXCHANGE/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=3188825850FF45CCB4B1CBA6F41A8F98]
**Sent:** Fri 7/10/2020 7:37:52 AM Central Daylight Time
**Subject:** Re: Washington Post and New York Times

Washington Post story:

https://www.washingtonpost.com/sports/2020/07/10/private-letter-redskins-fedex-said-it-will-remove-signage-if-name-isnt-changed/

Sent from my iPhone

> On Jul 9, 2020, at 5:45 PM, Jenny Robertson ████████████████████ wrote:
>
> All — I provided the same information under the same terms and conditions to Liz Clarke at the Washington Post. She has asked previously about the letter and brought it up again today when we spoke. I called the NYT reporter and let him know I gave the same info to another outlet, and he said he appreciates the heads up and was not concerned because he has a lot of other reporting in his story.
> We can expect both stories tomorrow.
>
> Jenny
>
> Sent from my iPhone
>
>> On Jul 9, 2020, at 4:19 PM, Jenny Robertson ████████████████████ wrote:
>>
>> FWS,
>> Liz Clarke with the Washington Post called asking if there is any truth to a rumor that you were originally trying to buy Dan Snyder's majority ownership of the team. She said she received that tip yesterday and didn't act on it, but then a reporter with the Washington Times, Thom Loverro, tweeted it last night so she had to ask. I plan to tell her there is no truth to that, unless you feel otherwise. The other option is I could say we do not respond to rumors or speculation.
>>
>> Note: I asked her if the person peddling the rumor is even credible, and she said "at one point he was kind of a player but is no longer and I think he's having trouble with no longer being in the mix. He is type of person who trades in information, and he offered this info as he was asking me what I was hearing."
>>
>> Also, I shared information from the letter with Ken Belson/NYT as discussed. His story should run tomorrow afternoon. He said based on the reporting he has done, he is taking the angle that the tipping point was you/FedEx pushing on the name. He said all of his sources are pointing to that.
>>
>> Jenny

CONFIDENTIAL