UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

# MEMORANDUM

TO:      Counsel of Record  
           Counsel for *The Washington Post*

FROM:    Judge Peter J. Messitte

RE:      *Rothman et al. v. Snyder*  
           Civ. No. PJM-20-3290

DATE:    November 24, 2020

* * *

The *Washington Post* currently has a Motion to Intervene to unseal the record on file in this case. Counsel for the litigants have been given until Monday, December 1 to respond. The *Washington Post* has been given until Thursday, December 3 to reply. The Court has scheduled a virtual hearing on the *Post*'s motion for Tuesday, December 8, 2020, at 10:00 a.m.

In the meantime, the Court is placing on the public docket the Plaintiff's unredacted Motion to Seal and a redacted version of their Memorandum of Reasoning and Authorities in Support of the Motion. The redacted portions of the Memorandum essentially pertain to terms and conditions of the proposed Confidential Proposal, which is why those portions of the Memorandum have been redacted, at least for the present.

The Court is also authorizing the Clerk to make available a docket sheet describing the nature of the filings, as is typical for all cases. The Court is not, however, in any way authorizing public access to any of the filings themselves.

Despite the informal nature of this ruling, it shall constitute as an order of the Court, and the Clerk is directed to docket it accordingly.

                                                              /s/  
                                           PETER J. MESSITTE  
                                 UNITED STATES DISTRICT JUDGE

cc:      Court File