UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN, DWIGHT C. SCHAR, FREDERICK W. SMITH,<br><br>      Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER,<br><br>      Defendant. | Case No. PJM20CV3290<br><br>**FILED UNDER SEAL** |

**SUPPLEMENTAL DECLARATION OF JULIA M. BESKIN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE NATIONAL FOOTBALL LEAGUE'S MEMORANDUM REGARDING JURISDICTION**

I, Julia M. Beskin, declare as follows:

    1.    I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel," or "the firm"), attorneys for Plaintiffs Robert Rothman, Dwight C. Schar, and Frederick W. Smith ("Plaintiffs"), in the above-captioned action. I am a member in good standing of the Bar of the State of New York. I respectfully submit this Declaration in Support of Plaintiffs' Memorandum of Law in Opposition to the National Football League's memorandum of law regarding jurisdiction filed on November 24, 2020. I provide this Declaration based on personal knowledge and would testify thereto if called upon to do so.

    2.    Attached as Exhibit 14 to this Declaration is a true and correct copy of the First Amended Stockholders Agreement among Washington Football, Inc.; Daniel M. Snyder; Fred Drasner; Arlette Snyder, as Personal Representative of the Estate of Gerald D. Snyder; Michele D. Snyder; Dwight C. Schar; Frederick W. Smith; and Robert Rothman, dated August 22, 2003.

1

3. Attached as Exhibit 15 to this Declaration is a true and correct copy of a letter from National Football League Commissioner Paul Tagliabue to Washington Football, Inc. ("WFI"), Defendant Snyder, Michele D. Snyder, Arlette Snyder, Fred Drasner, WFI Group, Inc., Plaintiff Smith, Plaintiff Schar, Plaintiff Rothman, and Pro-Football, Inc., dated August 22, 2003.

4. Attached as Exhibit 16 to this Declaration is a true and correct copy of a letter from National Football League Commissioner Paul Tagliabue to WFI, WFI Group, Inc., Plaintiff Schar, Plaintiff Rothman, Defendant Snyder, and Pro-Football, Inc., dated March 30, 2005.

5. Attached as Exhibit 17 to this Declaration is a true and correct copy of the signature page to the letter that is attached to this Declaration as Exhibit 16.

6. Attached as Exhibit 18 to this Declaration is a true and correct copy of the JAMS Comprehensive Arbitration Rules & Procedures dated July 1, 2014.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2020.

_____
Julia M. Beskin

New York, New York.