FILED UNDER SEAL

# Exhibit 17

# REDSKINS



THE WASHINGTON REDSKINS
21300 REDSKIN PARK DRIVE, ASHBURN, VA 20147

| | | | |
|---|---|---|---|
| **TO:** | Mr. Robert Rothman – Home Fax | **DATE:** | 3/30/2005 |
| **COMPANY:** | | **FROM:** | Jay Sloan |
| | | Email | |
| **FAX:** | | **PHONE:** | |
| | | Fax | |
| **PHONE:** | | **PAGES:** | 3  Including cover |

Bob -- You may have already done this, but Tom Gibbs asked that I transmit these two signature pages (Transactional letter and Financing letter, respectively) for your signature. If they can be returned to me by fax I would appreciate it.
Thanks & Best regards,
Jay

NOTE: This document is intended only for the use of the party to whom it is addressed and may contain information that is privileged, confidential and protected from disclosure under applicable law. If you are not the addressee or person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying or other action based on the contents of this communication is not authorized. If you have received this document in error please immediately notify us by telephone. Thank you.

Requesting Parties
Page 13

The undersigned hereby agree to the foregoing terms and conditions and specifically agree that the method of disposing of the NFL Restricted Property contemplated in this Letter Agreement in the event of Foreclosure would not make a sale or other disposition of the NFL Restricted Property commercially unreasonable.

**Bank:**

**JPMORGAN CHASE BANK, N.A.**

By: _____
    Name:
    Title:

**Borrower:**

*/s/ Robert Rothman*
Robert Rothman

**Club:**

**PRO-FOOTBALL, INC.**

By: _____
    Name: Daniel M. Snyder
    Title: President

DC: 1742888

Requesting Parties
Page 8

      The undersigned hereby acknowledge and agree to the foregoing terms and conditions set forth above.

WASHINGTON FOOTBALL, INC.

By: _____
Name: Daniel M. Snyder
Title: President

WFI GROUP, INC.

By: _____
Name: 
Title: 

PRO FOOTBALL, INC.

By: _____
Name: Daniel M. Snyder
Title: President


_____
Dwight Schar


_____
Robert Rothman


_____
Daniel M. Snyder



# Black Diamond Group, Inc.

One Tampa City Center, Suite 2880
Tampa, Florida 33602
Tel: 813-277-0563   Fax: 813-277-0546

## Facsimile Transmission

DATE: 3/30/2005

TOTAL NUMBER OF PAGES (INCLUDING COVER SHEET): 3

TO: JAY SLOAN

COMPANY: THE WASHINGTON REDSKINS

TELEPHONE NUMBER:

FAX NUMBER:

FROM: Robert Rothman
COMPANY: Black Diamond Group, Inc.
TELEPHONE NUMBER:
FAX NUMBER:       Office:              Home

03/30/2005 19:50 FAX ▉▉▉▉▉▉▉▉    R Rothman    ☐001

```
********************
***   TX REPORT   ***
********************
```

TRANSMISSION OK

| | |
|---|---|
| RECIPIENT ADDRESS | 17037267251 |
| ST. TIME | 03/30 19:49 |
| TIME USE | 00:02 |
| PGS. | 3 |
| RESULT | OK |