ROBERT ROTHMAN, DWIGHT C. SCHAR,
and FREDERICK W. SMITH,

        Plaintiffs,

    v.

DANIEL SNYDER,

        Defendant.

Case No.  8:20-cv-03290-PJM

Judge Peter J. Messitte

## UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY

WP Company LLC d/b/a The Washington Post, by and through its undersigned counsel, hereby moves for a one-day extension to file its reply in support of its Motion to Intervene for the Purpose of Seeking Public Access and Opposing the Motion to Seal (the "Post's Motion to Intervene").  There is good cause to grant the extension:

1. On November 24, 2020, the Court set a briefing schedule on the Post's Motion to Intervene, providing that the litigants would have until Tuesday, December 1, 2020 to file oppositions, and that the Post would have until Thursday, December 3, 2020 to file a reply.  *See* Dkt. No. 44.  The Court also set a hearing on the Motion for Tuesday, December 8, 2020.  *Id.*

2. Plaintiffs, Defendant, and the Intervenor National Football League all filed separate briefs in opposition to the Post's Motion to Intervene.  *See* Dkt. Nos. 47, 51, 54.

3. The Post respectfully requests that its deadline to file a reply be extended by one day, until Friday, December 4, 2020, to allow time to respond to these multiple briefs.

4. This extension will not interfere with the hearing scheduled for December 8, 2020.

5. This motion for an extension is unopposed.  Pursuant to Local Rule 105.9, the NFL

consents to the request for the extension, and Plaintiffs and Defendant do not object.

For the reasons stated above, The Washington Post respectfully requests that the Court

extend its deadline to reply until Friday, December 4, 2020.  A proposed order is attached.


Dated:  December 2, 2020                          Respectfully submitted,

   /s/ Thomas G. Hentoff
Thomas G. Hentoff (Bar No. 11384)
Nicholas G. Gamse (*pro hac vice*)
Katherine Moran Meeks (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Phone:  (202) 434-5000
Fax:  (202) 434-5029
thentoff@wc.com
ngamse@wc.com
kmeeks@wc.com

*Attorneys for WP Company LLC d/b/a The*
*Washington Post*

**CERTIFICATE OF SERVICE**

I, Thomas G. Hentoff, hereby certify that on December 2, 2020, I electronically filed the foregoing Unopposed Motion to Extend Time to File Reply, and accompanying papers, by CM/ECF. As required by Federal Rule of Civil Procedure 5(a), all parties required to be served have been served.

/s/ Thomas G. Hentoff
*Counsel for Intervenor WP Company LLC d/b/a*
*The Washington Post*