## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ROBERT ROTHMAN, DWIGHT C. SCHAR, and FREDERICK W. SMITH,

Plaintiffs,

v.

DANIEL SNYDER,

Defendant.

Case No.  8:20-cv-03290-PJM

### [PROPOSED] ORDER

Upon consideration of the Unopposed Motion of WP Company LLC d/b/a The Washington Post to Extend Time to Reply, it is hereby

ORDERED that the Motion to Extend Time is GRANTED.  The deadline for the Washington Post to file its Reply in Support of its Motion to Intervene for the Purpose of Seeking Public Access and Opposing the Motion to Seal is now Friday, December 4, 2020.

Dated: December ___, 2020

_____
United States District Judge