UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

# MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *Rothman et al. v. Snyder*
Civ. No. PJM-20-3290

DATE: December 8, 2020

* * *

The Court held a hearing this morning concerning Plaintiffs' Motion to Seal the Entire Record, ECF No. 2, and the *Washington Post*'s Motion to Intervene for the Purpose of Obtaining Public Access, ECF No. 39.

The parties indicated that they did not oppose the *Post*'s intervention, and this Circuit "has previously permitted news organizations to intervene in actions in which they were not otherwise parties to challenge a district court's sealing order." *Doe v. Pub. Citizen*, 749 F.3d 246, 262 (4th Cir. 2014). Accordingly, the Motion to Intervene is **GRANTED**.

Counsel for Plaintiffs, Defendant, and Intervenor the National Football League ("NFL") shall send to the Court proposed redactions to the Complaint, ECF No. 1, by 12:00 p.m. on Thursday, December 10, 2020. The parties shall send to the Court any further proposed redactions to all other filings and documents in the record by 5:00 p.m. on Monday, December 14, 2020.

Once the Court has had an opportunity to review the parties' proposed redactions, the Court will make a determination whether further or fewer redactions are appropriate and may modify the proposed versions as necessary.

In connection with their proposed redactions, Plaintiffs, Defendant, and the NFL shall also submit to the Court proposed findings of fact and law that would justify the proposed redactions as to each court filing.

Despite the informal nature of this ruling, it shall constitute as an order of the Court, and the Clerk is directed to docket it accordingly.

                                                /s/
                                 PETER J. MESSITTE
                       UNITED STATES DISTRICT JUDGE

cc:      Court File