IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Robert Rothman et al.

**Plaintiff,**

v.

Daniel Snyder

**Defendant.**

Case No. PJM-20-3290

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiffs

I certify that I am admitted to practice in this Court.

December 9, 2020
Date

Signature

Jonathan Cooper (D. Md. Bar No. 21345)
Printed name and bar number

Quinn Emanuel Urquhart and Sullivan LLP
1300 I Street NW, Suite 900, Washington DC 20005
Address

jonathancooper@quinnemanuel.com
Email address

(202) 538-8000
Telephone number

(202) 538-8100
Fax number

EntryofAppearanceCivil (08/2015)