**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO:    Clerk of the Court  
       Counsel of Record

FROM:  Judge Peter J. Messitte

RE:    *Rothman et al. v. Snyder*  
       Civ. No. PJM-20-3290

DATE:  December 15, 2020

\* \* \*

The Court has received the letter from counsel for the *Washington Post*, filed on December 14, 2020, requesting that the parties' proposed findings of fact and law, which were sent directly to Chambers without being filed, be placed on the public docket. The Clerk is therefore directed to file Plaintiffs' Proposed Order Including Findings of Fact and Conclusions of Law in Support of Sealing Complaint, attached hereto. The *Post* is advised that no other findings were submitted by the parties with respect to proposed redactions to the complaint.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

_____  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc:    Court file