UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN et al.<br><br>Plaintiffs,<br><br>– against –<br><br>DANIEL SNYDER,<br><br>Defendant. | FILED UNDER SEAL<br><br>Case No. PJM-20-3290 |

**DECLARATION OF DAVID KOCHE, ESQ. IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION CONCERNING VIOLATION OF THE COURT'S NOVEMBER 19, 2020 ORDER (Dkt. No. 31)**

1.  I, David L. Koche, Esq., submit this Declaration in support of Plaintiffs' Emergency Motion Concerning Violation of the Court's November 19, 2020 Order (the "Motion").

2.  I am an attorney at the law firm of Barnett Kirkwood Koche Long & Foster, P.A., attorneys for Plaintiffs Robert Rothman, Dwight C. Schar, and Frederick W. Smith ("Plaintiffs"), in the above-captioned matter. I have been admitted *pro hac vice* in the above-captioned matter before this Court, and I am a member the Bar of the State of Florida. I provide this Declaration based on personal knowledge and would testify thereto if called upon to do so.

3.  At 6:33 am today (December 18, 2020), an individual who identified herself as Katie Rosman, a reporter for the *New York Times*, contacted me through electronic mail. A true and correct copy of Ms. Rosman's e-mail is attached as Exhibit A hereto.

4.  I have participated in certain negotiations in recent days of a possible offer by Defendant Mr. Snyder to purchase Plaintiffs' WFI stock. The parties have not reached any

agreement, and indeed Mr. Snyder has not made a formal offer by means of a term sheet.

5. The only persons who have directly participated in these discussions have been Thomas Gibbs, Esq. and me, representing the Plaintiffs, and Andrew Levander, counsel for Defendant Mr. Snyder.

6. I am aware of no logical reason why Plaintiffs or their counsel would have disclosed to the New York Times the information that is set forth in the email I received today and attached as Exhibit A hereto. I did not make any such disclosure. The New York Times contacted me for any comment on behalf of the Plaintiffs with respect to information that the New York Times had already received.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on December 18, 2020.

_____
David L. Koche, Esq.

# KOCHE DECLARATION
# EXHIBIT A

**From:** Katie Rosman [mailto:█████████@nytimes.com]
**Sent:** Friday, December 18, 2020 6:33 AM
**To:** David L. Koche
**Subject:** New York Times reporter ON DEADLINE

Dear Mr. Koche:

My name is Katie Rosman and I am a reporter for the New York Times.

With my colleague Ken Belson, I am reporting a story that involves your client Dwight Schar.

We are reporting that Daniel Snyder is nearing an agreement to pay ███████ to Mr. Schar, Mr. Smith and Mr. Rothman for their combined 40% of the Washington Football Team.

We are reporting that ███████████████████████████████████████████████████████████████████████████████████████████████████

We are reporting that ███████████████████████████████████████████████████████████████████████████████████████

The story is sourced to legal documents and filings, and to people aware of the deal-in-progress.

Would you or Schar like to comment for this story? If you'd like to speak on the phone, I am happy to discuss this in greater detail.

Please let me know by noon if you plan to comment or if you would like to speak. I appreciate your quick attention to this and do hope we will speak!

Sincerely,
Katie Rosman
█████████