UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

ROBERT ROTHMAN, et al.

                Plaintiffs,

– against –

DANIEL SNYDER

                Defendant,

**FILED UNDER SEAL**

Case No. PJM-20-3290

**MEMORADUM OF REASONING AND AUTHORITIES IN
SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **MOTION TO
SHORTEN TIME ON PLAINTIFFS' EMERGENCY MOTION
CONCERNING VIOLATION OF THE COURT'S
NOVEMBER 19, 2020 ORDER**

Plaintiffs Robert Rothman, Dwight Schar, and Frederick Smith ("**Plaintiffs**") respectfully submit this Memorandum of Reasoning and Authorities in Support of Plaintiffs' *Ex Parte* Motion to Shorten Time on Plaintiffs' Emergency Motion Concerning Violation of the Court's November 19, 2020 Order ("***Ex Parte Motion***").

## I. Introduction

Through the above-captioned action, Plaintiffs' seek (among other things) to enjoin Defendant Daniel Snyder ("**Mr. Snyder**"), the CEO and majority stockholder of Washington Football, Inc. ("**WFI**") - which owns the NFL professional football team currently known as the Washington Football Team – from certain actions relating to the sale of Plaintiffs' interests in WFI.

As described in more detail in Plaintiffs' Emergency Motion Concerning Violation of the Court's November 19, 2020 Order ("***Emergency Motion***"), this Court's November 19, 2020 Order expressly provides: "No party to this case shall take any action to interfere with the rights of any

1

other party relative to this case (***e.g., by way of disparagement or otherwise***) – more specifically, the right of Plaintiffs to continue to negotiate with the proposed purchasers of Plaintiffs' stock in Washington Football Inc. and to pursue due diligence and the right of Defendant Snyder to claim a right of first refusal to purchase said stock." November 19 Order at ¶ 9. The November 19, 2020 Order also expressly provides that "neither parties to this case nor Plaintiffs' prospective purchasers may disclose to or use with any third party any information or document related to the sealed record in this case."

Within the past few hours, counsel for Plaintiffs received an email message from a reporter at the New York Times, implicating that Defendant Snyder or his agents are likely to have disclosed to the New York Times confidential information discussed among the parties related to the Confidential Proposal and Mr. Snyder's related potential exercise of his right of first refusal, which are the subject of sealed portions of the record in this litigation. Moreover, this disclosure to the New York Times was plainly intended to disparage Plaintiffs and interfere with their right to pursue a transaction under the Confidential Proposal.

Through the instant *Ex Parte Motion*, Plaintiffs respectfully request that this Court order the procedural steps necessary for Plaintiffs to obtain the relief described in the *Emergency Motion*.

## II. Notice

On December 18, 2020, contemporaneous with the filing of the instant pleadings, Plaintiffs' undersigned counsel provided counsel for Mr. Snyder via e-mail with a copy of this instant *Ex Parte Motion* and all related pleadings associated with the *Emergency Motion*.

## III. Discussion

A shortened briefing schedule and accelerated hearing date related to Plaintiffs' *Emergency Motion* is required for the Plaintiffs to obtain the necessary immediate injunctive and emergency

relief for the reasons stated in the *Emergency Motion*.

This Court has the authority to shorten the time for Defendant to respond to the Emergency Motions. *See, e.g., CIENA Corp. v. Jarrard*, 203 F.3d 312, 319 (4th Cir. 2000) ("broad discretion is given to the district court to manage the timing and process for entry of all interlocutory injunctions"). Furthermore, this Court can address the time requirements for injunctive relief *ex parte*. *See* 4B Wright, Miller & Kane, Fed. Prac. & Proc. Civ. § 1169 at 582 ("An application to vary the time requirement [for addressing motions] may be heard ex parte.").

First, as described within the *Emergency Motion*, time is of the essence for this Court to address the injunctive relief requested by Plaintiffs therein. The violation of this Court's Order could have immediate injury on Plaintiffs with publication in the *New York Times* of confidential information. Thus, as described within the *Emergency Motion*, a delay of even a few days is harmful.

Second, as described within the *Emergency Motion*, time is of the essence for this Court to address the public dissemination of confidential information. As noted within the *Emergency Motion*, the New York Times has told Plaintiffs' counsel that they are on a "DEADLINE" which includes a time within hours of the receipt of the e-mail included within the *Emergency Motion*. Thus, as described within the *Emergency Motion*, every day and hour matter.

The modified response deadlines and hearing dates described herein would allow Plaintiffs to obtain the immediate relief sought within the *Emergency Motions* and give Defendant a fair opportunity to oppose the *Emergency Motions*.

### IV. Requested Relief

For the reasons set forth herein, and as described in the *Emergency Motion* (and accompanying Memorandum) Plaintiffs respectfully request that this Court set a schedule as

follows:

(1) The Hearing on Plaintiffs' *Emergency Motion* be set as soon as possible (as soon as possible as determined by the Court, given the deadline in the e-mail attached to the *Emergency Motion*);

(2) Defendant to file and serve his opposition (via e-mail)[1] to Plaintiffs' *Emergency Motion* (as soon as possible as determined by the Court, given the deadline in the e-mail attached to the *Emergency Motion*).

---

[1] Service shall be made via e-mail to the e-mail addresses for Plaintiffs' counsel.

Dated: December 18, 2020  Respectfully submitted,
Bethesda, MD

        /s/
Adam L. Van Grack (D. Md. Bar No. 17976)
Theodore B. Kiviat  (D. Md. Bar No. 29019)
Longman & Van Grack LLC
10411 Motor City Drive, Suite 750
Bethesda, MD 20817
(301) 291-7156 (tel.)
(301) 291-5028 (fax)
avangrack@lvglawfirm.com
tkiviat@lvglawfirm.com


Stephen R. Neuwirth (*pro hac vice*)
Julia M. Beskin (*pro hac vice*)
Jeremy Baldoni (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)
stephenneuwirth@quinnemanuel.com
juliabeskin@quinnemanuel.com
jeremybadloni@quinnemanuel.com

Jonathan Cooper (D. Md. Bar No. 21345)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW
Suite 900
Washington, DC  20005
(202) 538-8000 (tel.)
(202) 538-8100 (fax)
jonathancooper@quinnemanuel.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2020, I caused the foregoing *Memorandum* be filed electronically under seal with the Clerk of the Court through the CM/ECF system.

As required by Federal Rule of Civil Procedure 5(a), I have served the following parties with a copy of the foregoing *Memorandum* via USPS First-Class mail and with a courtesy copy through electronic mail:

Gregg H. Levy (glevy@cov.com)
Derek Ludwin (dludwin@cov.com)
Benjamin C. Block (bblock@cov.com)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth St., NW
Washington, DC 20001
*Counsel for National Football League*

Rachel T. McGuckian (rmcguckian@milesstockbridge.com)
MILES & STOCKBRIDGE P.C.
11 N. Washington Street, Suite 700
Rockville, MD 20850
*Counsel for Defendant*

Andrew J. Levander (andrew.levander@dechert.com)
Neil A. Steiner (neil.steiner@dechert.com)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
*Counsel for Defendant*

Christina Guerola Sarchio (christina.sarchio@dechert.com)
DECHERT LLP
1900 K Street NW
Washington, DC 20006
*Counsel for Defendant*

Joseph Tacopina (jtacopina@tacopinalaw.com)
TACOPINA, SEIGEL & DEOREO
275 Madison Avenue
New York, NY  10016
*Counsel for Defendant*

                                                  /s/
                                  Adam L. Van Grack (D. Md. Bar No. 17976)
                                  Longman & Van Grack LLC
                                  10411 Motor City Drive, Suite 750
                                  Bethesda, MD 20817
                                  (301) 291-7156 (tel.)
                                  (301) 291-5028 (fax)
                                  avangrack@lvglawfirm.com