UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND 20770
                                                                                                                        301-344-0632

## MEMORANDUM

TO:  Counsel of Record

FROM:  Judge Peter J. Messitte

RE:  *Rothman et al. v. Snyder*
 Civ. No. PJM-20-3290

DATE:  December 21, 2020

* * *

The Court has received the *Washington Post*'s letter, ECF No. 78, requesting that the public have access to the sealed virtual hearing on Plaintiffs' motion for sanctions, scheduled for tomorrow at 3:00 PM.

The *Post* will have 10 minutes to present argument at the start of the hearing, during which a public access line will be available. Following the *Post*'s argument, the public access line will close and the remainder of the proceedings will be sealed. Thereafter, the Court will likely release a redacted transcript of the hearing.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

 /s/
 PETER J. MESSITTE
 UNITED STATES DISTRICT JUDGE

cc:  Court file