### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ROBERT ROTHMAN** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil No. **20-3290 PJM** |
| **DANIEL SNYDER**, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \*

## ORDER

The Court has consulted with counsel for the parties in a sealed hearing in regard to Plaintiffs' Emergency Motion for Sanctions. In consequence, it is, this 22nd day of December 2020,

**ORDERED**

1. Counsel for the parties shall file a joint statement by the close of business on Monday, December 28, 2020, listing for the Court every ongoing court and arbitration proceeding involving the parties to this case, including the forum; the name of the judge or arbitrator; a brief description of who is seeking what relief from whom; the current status of the proceeding; and whether the proceeding involves any confidentiality or nondisparagement orders. To the extent that any of this information is under seal or subject to confidentiality order, the parties shall file both a sealed unredacted version and a public redacted version of the statement.

2. The Court will hold a public virtual hearing at 11:00 a.m. on Thursday, January 7, 2021.

3.  In preparation for such hearing, Defendant Snyder and Plaintiffs Rothman, Smith, and Schar shall each personally inquire of his advisors and associates, including any individuals who might have reason to know, whether they have personally provided or know of any person who may have provided information to any members of the press that might conflict with the confidentiality and nondisparagement provisions of the Court's order of November 19, 2020. Similarly, counsel for Defendant Mr. Levander and counsel for Plaintiffs Mr. Neuwirth shall personally inquire of their partners and associates and the partners and associates of their co-counsel, and any other individuals who might have reason to know, whether they have personally provided or know of any person who may have provided such information to the press.

4.  At the hearing on January 7, Defendant Snyder and Plaintiffs Rothman, Smith, and Schar shall personally appear (affidavits will not suffice). Said parties and their referenced counsel shall represent to the Court, in response to the Court's questioning, under penalty of perjury, whether they personally or, after direct inquiry, any of their associates or other persons who might have reason to know, have provided or know of any person who may have provided such information to the press.

5.  A transcript of this afternoon's hearing will be prepared on an expedited basis. After reviewing the transcript, the Court will determine to what extent, if at all, the transcript shall be made available to the public.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

2