UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

# MEMORANDUM

TO:        Counsel of Record

FROM:     Judge Peter J. Messitte

RE:        *Rothman et al. v. Snyder*  
             Civ. No. PJM-20-3290

DATE:     December 23, 2020

* * *

Defendant Snyder proposed filing an unredacted supplemental declaration in response to Plaintiffs' unredacted supplemental notice filed on December 21, 2020, ECF No. 77. Each of the parties' filings contain negative accusations against the other. The Court reluctantly permitted Defendant Snyder to file his supplemental declaration without redactions, as Plaintiffs' earlier unredacted filing (including the allegations contained in the attached *New York Times* article) opened the door to allowing Mr. Snyder's response.

Henceforth, however, to assure compliance with the nondisparagement provision of the Court's order of November 19, 2020, to the extent that any filings contain—if absolutely necessary— negative accusations, they should not be filed publicly in unredacted form unless approved by the Court. They should initially be filed under seal, and both sides shall have the opportunity to propose redactions directly to the Court before a filing containing negative accusations is publicly made.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

                                                                      /s/  
                                              PETER J. MESSITTE  
                                   UNITED STATES DISTRICT JUDGE

cc:       Court file