UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

ROBERT ROTHMAN et al.

               Plaintiffs,

– against –

DANIEL SNYDER

               Defendant.

Case No. PJM-20-3290

**JOINT STATEMENT REGARDING
ONGOING COURT AND ARBITRATION PROCEEDINGS**

Plaintiffs Robert Rothman, Dwight C. Schar, and Frederick W. Smith ("**Plaintiffs**" or "**Minority Owners**") and Defendant Daniel Snyder ("**Defendant**") respectfully submit this Joint Statement pursuant to the Court's December 22, 2020 Order (Dkt. No. 86).

## I. NFL ARBITRATION

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



## II. INDIA ACTION[1]

Defendant Snyder has filed a defamation lawsuit in India, based on the July 16, 2020 publication by Media Entertainment Arts WorldWide of alleged defamatory articles falsely accusing Snyder of, among other things, association with Jeffrey Epstein ("**India Action**"). These articles were published on the very same day that the Washington Post published an article on the workplace culture of the Washington Football Team.

**Matter**: *Daniel Snyder Through His SPA Holder vs. Eleven Internet Services LLP & Ors.*

**Parties**: Plaintiff is Daniel Snyder through his Special Power of Attorney ("SPA") Holder, Mr. Bhushan Lal. Defendants are Eleven Internet Services LLP, Media Entertainment Arts Worldwide, Anay Chowdhary, Nirnay Chowdhary, Prarthna Sarkar, Jyotsna Basotia, and Ashok Kumar.

**Forum**: High Court of Delhi at New Delhi, India.

---

[1] Plaintiffs Rothman, Schar, and Smith are not parties to the "India Action" described in this section. Defendant Snyder prepared the description of the case. Plaintiffs Rothman, Schar, and Smith take no position on the accuracy of the description or the merits of the case, and reserve all rights with respect to any statements in the description.

**Judge**: Hon'ble Ms. Justice Mukta Gupta.

**Relief Sought**: Mr. Snyder seeks a permanent injunction; an order of the Court directing defendants to disclose who hired them; an accounting to determine the amount of revenue generated by defendants as a consequence of their publishing the defamatory articles regarding Mr. Snyder; monetary damages of approximately $10 million; and fees and costs.

**Current Status of the Proceeding**: Preliminary injunctive relief was granted on August 21, at which time the Court also determined that Mr. Snyder had made a prima facie case for defamation. A subsequent application for contempt based on defendants' failure to comply with earlier Court orders was filed on December 10, 2020. A hearing is scheduled for January 18, 2021.

**Confidentiality or Nondisparagement Orders**: None.

### III.     SECTION 1782 PROCEEDINGS[2]

Defendant Snyder has filed the following actions in U.S. district courts seeking discovery under 28 U.S.C. § 1782 in support of the India Action.

> **a.** *In Re Application of Daniel Snyder for an Order Directing Discovery from The Ardent Group, LLC Pursuant to 28 U.S.C. § 1782*, **No. 4:20-mc-02867 (S.D. Tex.)**

**Parties**: Petitioner is Daniel Snyder. Respondent is The Ardent Group, LLC.

**Forum**: U.S. District Court for the Southern District of Texas.

**Judge**: Judge Alfred H. Bennett

**Relief Sought**: Mr. Snyder seeks document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782 from The Ardent Group, LLC, relating to The Ardent

---

[2] Plaintiffs Rothman, Schar, and Smith are not parties to the 1782 actions described in this section. Defendant Snyder prepared the descriptions of the actions. Plaintiffs Rothman, Schar, and Smith take no position on the accuracy of the descriptions or the merits of the actions, and reserve all rights with respect to any statements in the description.

3

Group, LLC's connections to the defendants in the India Action, in light of Mr. Snyder's allegation that The Ardent Group, LLC provided advertising services and content to each of the websites that spread the defamatory articles about Mr. Snyder originally published by MEAWW.com.

**Current Status of the Proceeding**: Mr. Snyder filed his petition on October 9, 2020, which the Court granted on November 12, 2020.  After duly serving the subpoenas on the Respondent, the parties are in communication regarding the scope of productions.  Respondent provided documents on December 14, 2020.  The parties remain in discussion about follow-up discovery, including a deposition.

**Confidentiality or Nondisparagement Orders**: None.

> **b.**    ***In Re Application of Daniel Snyder for an Order Directing Discovery from New Content Media Inc. d/b/a MEA WorldWide Pursuant to 28 U.S.C. § 1782***, **No. 2:20-mc-00076-MWF-MRW (C.D. Cal.)**

**Parties**: Petitioner is Daniel Snyder.  Respondent is New Content Media Inc. d/b/a MEA Worldwide.

**Forum**: U.S. District Court for the Central District of California.

**Judge**: Judge Michael W. Fitzgerald.

**Relief Sought**: Mr. Snyder seeks document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782, relating to New Content Media Inc.'s actions in publishing the defamatory articles about Mr. Snyder underlying the India Action, given New Content Media Inc.'s alleged status as the U.S. entity that operates the MEAWW.com website.

**Current Status of the Proceeding**: Mr. Snyder filed his Petition on August 7, 2020.  The Court granted Mr. Snyder's Petition on September 8, 2020 and further granted a supplemental application on September 3 and 17, 2020.  After serving the subpoenas on the Respondent and an Order from the Court affirming Mr. Snyder's right to the discovery requested, New Content Media Inc. provided an initial document production.  The parties are meeting and conferring about further

4

documents and New Content Media Inc.'s deposition. Mr. Snyder currently has a motion for contempt pending against New Content, and a status conference regarding discovery is scheduled for January 5, 2020.

**Confidentiality or Nondisparagement Orders**: None.

    **c.**    *Snyder v. Blair et al.*, **No. 1:20-mc-00023-LO-TCB (E.D. Va.)**

**Parties**: Petitioner is Daniel Snyder. Respondents are Mary Ellen Blair and Comstock Holding Company, Inc.

**Forum**: U.S. District Court for the Eastern District of Virginia.

**Judge**: Judge Liam O'Grady.

**Relief Sought**: Mr. Snyder sought document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782, relating to (i) Mary Ellen Blair's connections to the defendants in the India Action and foreknowledge of the defamatory articles published on MEAWW.com, and (ii) Comstock Holding Company, Inc.'s connections to Mary Ellen Blair.

**Current Status of the Proceeding**: Mr. Snyder filed his Petition on August 10, 2020. The Court granted the application on September 14, 2020. Ms. Blair produced documents, as well as an affidavit, in response to the subpoenas served on her.

After receipt of the above information from the respondents pursuant to Mr. Snyder's duly served subpoenas, this matter is now closed.

**Confidentiality or Nondisparagement Orders**: The documents produced are subject to a confidentiality order. There is not an express nondisparagement order in the case.

    **d.**    *Snyder v. Ferguson*, **No. 1:20-cv-03299-ELH (D. Md.)**

**Parties**: Petitioner is Daniel Snyder. Respondent is Shawn Ferguson.

**Forum**: U.S. District Court for the District of Maryland.

**Judge**: Judge Ellen L. Hollander.

**Relief Sought**: Mr. Snyder seeks document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782, relating to Mr. Ferguson's connections to the defendants in the India Action and alleged foreknowledge of negative media regarding Mr. Snyder.

**Current Status of the Proceeding**: Mr. Snyder filed his petition on November 10, 2020, which was granted by the Court on November 17, 2020.  After duly serving the respondent with the subpoenas, counsel for the parties are in discussions regarding the scope of productions.

**Confidentiality or Nondisparagement Orders**: None.

e.  *Snyder v. McCloughan et al.*, No. 1:20-mc-00199-NRN (D. Colo.)

**Parties**: Petitioner is Daniel Snyder.  Respondents are Jessica McCloughan and Friday Night Lights LLC.

**Forum**: U.S. District Court for the District of Colorado.

**Judge**: Judge N. Reid Neureiter.

**Relief Sought**: Mr. Snyder seeks document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782, relating to Mrs. McCloughan's and Friday Night Lights LLC's connections to the defendants in the India Action and alleged foreknowledge of negative media regarding Mr. Snyder.

**Current Status of the Proceeding**: Mr. Snyder filed his Petition on November 10, 2020.  The Court granted the application on November 25, and the respondents have been duly served with their subpoenas.  Counsel for the parties have been in communication regarding the scope of production.  Respondent provided documents on December 27, 2020.  The parties remain in discussion about follow-up discovery, including a deposition.

**Confidentiality or Nondisparagement Orders**: None.

   **f.**  *Snyder v. Moag & Co., LLC*, **No. 1:20-cv-02705-ELH (D. Md.)**

**Parties**: Petitioner is Daniel Snyder. Respondent is Moag & Co., LLC.

**Forum**: U.S. District Court for the District of Maryland.

**Judge**: Judge Ellen L. Hollander.

**Relief Sought**: Mr. Snyder seeks document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782, relating to Moag & Co., LLC's alleged connections to the defendants in the India Action, in light of Mr. Snyder's allegation that Moag & Co., LLC's principal had foreknowledge of the defamatory articles published on MEAWW.com.

**Current Status of the Proceeding**: Mr. Snyder filed his Petition on September 15, 2020, which was granted on September 29. After duly serving the subpoenas on the Respondent, the parties have been engaged in motion practice concerning the Respondent's Productions. On December 17, the Court granted Mr. Snyder's motion to compel further productions from the Respondent.

**Confidentiality or Nondisparagement Orders**: None.

   **g.**  *Snyder v. Precision Creations LLC*, **No. 4:20-mc-02665 (S.D. Tex.)**

**Parties**: Petitioner is Daniel Snyder. Respondent is Precision Creations LLC.

**Forum**: U.S. District Court for the Southern District of Texas.

**Judge**: Judge Charles Eskridge.

**Relief Sought**: Mr. Snyder seeks document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782, relating to Precision Creations LLC's connections to the defendants in the India Action, in light of Mr. Snyder's allegation that Precision Creations LLC designed each of the websites that spread the defamatory articles originally published by MEAWW.com.

**Current Status of the Proceeding**: Mr. Snyder filed his Petition on September 15, 2020. A hearing was held on November 24, 2020 and the Court granted Mr. Snyder's application by written order entered on November 26. After duly serving the subpoenas on the Respondent, the parties are in communication regarding the scope of the productions. Respondent provided documents on December 14, 2020. The parties remain in discussion about follow-up discovery, including a deposition.

**Confidentiality or Nondisparagement Orders**: None.

      h.    *Snyder v. Schaffer*, **No. 1:20-mc-00191-WJM-KLM (D. Colo.)**

**Parties**: Petitioner is Daniel Snyder. Respondent is Peter Schaffer.

**Forum**: U.S. District Court for the District of Colorado.

**Judge**: Judge William J. Martinez.

**Relief Sought**: Mr. Snyder seeks document and deposition discovery in aid of foreign litigation pursuant to 28 U.S.C. § 1782, relating to Peter Schaffer's connections to the defendants in the India Action, given his alleged foreknowledge of the defamatory articles published on MEAWW.com, among other negative media content.

**Current Status of the Proceeding**: Mr. Snyder filed his application on November 10, 2020. The Court has yet to issue any further guidance or a ruling on the Petition.

**Confidentiality or Nondisparagement Orders**: None

**IV.    COMSTOCK HOLDING COMPANIES, INC. PROCEEDINGS[3]**

Comstock, a public company, sued Norm Chirite, Mr. Snyder's long-time attorney, a former General Counsel to WFI and a former Comstock director. The dispute between Comstock

---

[3] Plaintiffs Rothman, Schar, and Smith are not parties to the Comstock cases described in this section. Defendant Snyder prepared the descriptions of the cases. Plaintiffs Rothman, Schar,

and Mr. Chirite relates to Comstock's refusal to issue Comstock stock valued at less than $100,000 to Mr. Chirite for his director service upon his resignation in July 2020.

      **a.** *Comstock Holding Companies, Inc. v. Norman Chirite*, **Circuit Court for Montgomery County, Maryland, Case No. 483721-V** (arising out of *Comstock Holding Companies, Inc. v. Norman Chirite*, No. 4:20-mc-02665, Circuit Court for Fairfax County, Virginia.).

**Parties**: Petitioner is Comstock Holding Companies, Inc.  Respondent is Norman Chirite.  Daniel Snyder is a third party recipient of a foreign subpoena for records.

**Forum**: Circuit Court for Montgomery County, Maryland.

**Judge**:  Not assigned.

**Relief Sought**: Comstock served Mr. Snyder with a foreign subpoena for records issued by the Circuit Court for Montgomery County, Maryland seeking information concerning Mr. Snyder, his associates and Washington Football, Inc.  Mr. Chirite is Mr. Snyder's long-time attorney, a former General Counsel to WFI and a former Comstock director.

**Current Status of the Proceeding**: Mr. Snyder, a non-party, filed objections to the subpoena.  Comstock filed a Motion to Compel, which Mr. Snyder opposed.  The Motion to Compel is ripe but no hearing is scheduled.

**Confidentiality or Nondisparagement Orders**: None.

---

and Smith take no position on the accuracy of the descriptions or the merits of the cases, and reserve all rights with respect to any statements in the description.

      **b.** *Norman Chirite v. Comstock Holding Companies, Inc.*, **Circuit Court for Montgomery County, Maryland Case No. 483885-V** (arising out of *Norman Chirite* v. *Comstock Holding Companies, Inc.,* Delaware Chancery Court, C.A. 2020-0902-KSJM).

**Parties**: Petitioner is Norman Chirite. Respondent is Comstock Holding Companies, Inc. Daniel Snyder is a third party recipient of a foreign subpoena for records.

**Forum**: Circuit Court for Montgomery County, Maryland.

**Judge**: Not assigned.

**Relief Sought**: Comstock served Mr. Snyder with a foreign subpoena for records (identical to that served in matter *i* above) issued by the Circuit Court for Montgomery County, Maryland seeking information concerning Mr. Snyder, his associates and Washington Football, Inc. Mr. Chirite is Mr. Snyder's long-time attorney, a former General Counsel to WFI, and a former Comstock director.

**Current Status of the Proceeding**: Mr. Snyder, a non-party, filed objections to the subpoena. Comstock filed a Motion to Compel, which Mr. Snyder opposed. The Motion to Compel is ripe but no hearing is scheduled.

**Confidentiality or Nondisparagement Orders**: None.

## V. LAWSUIT REGARDING CONFIDENTIAL AGREEMENT

An additional pending matter—to which none of the parties in this case is a party, but which is referenced in news reports filed as exhibits in this case—is a lawsuit pending in Virginia:

**Matter**: *Donovan v. Wilkinson*, No. 1:20-cv-01344-AJT-IDD (E.D. Va.).

**Parties**: Plaintiff is David Donovan. Defendant is Beth A. Wilkinson. Pro-Football, Inc., a subsidiary of WFI, has intervened in the proceeding. The Washington Post has moved to intervene.

**Forum**: U.S. District Court for the Eastern District of Virginia.

**Judge**: Judge Anthony J. Trenga.

**Relief Sought**: The lawsuit has been dismissed and the Washington Football Team has intervened in this closed case to assert privilege, confidentiality, and privacy interests over the Team's documents that had been filed in the case.

**Current Status of the Proceeding**: The court granted the Washington Football Team's motion to intervene on December 9, 2020.  The court will hold a closed hearing on January 8, 2021, regarding the Team's assertion of privilege, confidentiality and privacy interests over the Team's documents.

**Confidentiality or Nondisparagement Orders**: Certain documents filed in the case are subject to a sealing order, and the Court is currently determining whether additional materials should remain under seal.

Dated: December 29, 2020                                Respectfully submitted,

/s/ *Adam L. Van Grack*
Adam L. Van Grack (D. Md. Bar No. 17976)
Theodore B. Kiviat  (D. Md. Bar No. 29019)
Longman & Van Grack, LLC
10411 Motor City Drive, Suite 750
Bethesda, Maryland 20817
(301) 291-5027 (tel.)
(301) 291-5028 (fax)
avangrack@lvglawfirm.com
tkiviat@lvglawfirm.com

Stephen R. Neuwirth (admitted *pro hac vice*)
Julia M. Beskin (admitted *pro hac vice*)
Jeremy Baldoni (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 (tel.)
(212) 849-7100 (fax)
stephenneuwirth@quinnemanuel.com
juliabeskin@quinnemanuel.com
jeremybaldoni@quinnemanuel.com

Jonathan Cooper (D. Md. Bar No. 21345)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, DC  20005
(202) 538-8000 (tel.)
(202) 538-8100 (fax)
jonathancooper@quinnemanuel.com

***Counsel for Plaintiffs Robert C. Rothman, Dwight C. Schar and Frederick W. Smith***

**MILES & STOCKBRIDGE P.C.**

*/s/ Rachel T. McGuckian*
Rachel T. McGuckian (D. Md. Bar No. 22452)
11 N. Washington Street
Suite 700
Rockville, MD 20850
Phone: (301) 517-4816
Fax: (301) 762-0363
rmcguckian@milesstockbridge.com

**DECHERT LLP**

Andrew J. Levander (admitted *pro hac vice*)
Neil A. Steiner (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Phone: (212) 698-3500
Fax: (212) 698-3599
andrew.levander@dechert.com
neil.steiner@dechert.com

Christina Guerola Sarchio (admitted *pro hac vice*)
1900 K Street NW
Washington, D.C. 20006
Phone: (202) 261-3300
Fax: (212) 261-3333
christina.sarchio@dechert.com

**TACOPINA, SEIGEL & DEOREO**

Joseph Tacopina (admitted *pro hac vice*)
275 Madison Avenue
New York, New York 10016
Phone: (212) 227-8877
jtacopina@tacopinalaw.com

***Counsel for Defendant Daniel M. Snyder***