# EXHIBIT B

**Texts From John Moag to Greg Owens**

*December 26, 2020*

> Do you have time to talk?
> You know him obviously better than I.

*December 26, 2020*

> He seriously needs some type of closure to all of this. As does everybody.

*December 26, 2020*

> My guess though is that he's totally into the people who are bleeding him for cash to sell his narratives instead of working out his problems.