IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ROBERT ROTHMAN** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. **20-3290 PJM** |
| **DANIEL SNYDER,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \*

## ORDER

Consistent with the accompanying Memorandum Opinion, it is this _30_ day of December 2020

**ORDERED**

1. Except as modified herein, the Court's Order dated November 19, 2020, remains in full force and effect.

2. The matter of the right of first refusal (ROFR) held by Defendant Snyder with respect to the proposed sale of Plaintiffs' shares to a third-party bidder shall proceed to arbitration per the parties' Shareholder Agreement, where, as an initial matter, the issue of whether the dispute is in fact arbitrable at all shall be decided by the arbitrator.

3. Plaintiffs shall nevertheless have the right to continue to negotiate with their current proposed third-party bidder for the purchase of their shares' or to search for and negotiate with any other proposed third-party purchaser of their shares' (including permitting them to conduct due diligence as to the proposed purchase) without interference or interruption by Defendant Snyder, the NFL, or any arbitrator.

4. The Court will retain jurisdiction (by way of injunctive relief, if necessary) insofar as may be necessary to protect Plaintiffs' right to search for and negotiate with their current or future prospective bidders for the purchase of Plaintiffs' shares (including to conduct due diligence) without interference or interruption by Defendant Snyder, the NFL, or any arbitrator.

5. The sealing or unsealing of filings in the present case shall be as set forth in separate orders of the Court.

6. The Court emphasizes that the parties remain under the confidentiality and non-disparagement provisions set forth in the Court's Order of November 19, 2020.

/s/ Peter J. Messitte

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

2