UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

# MEMORANDUM

TO:      Counsel of Record

FROM:   Judge Peter J. Messitte

RE:      *Rothman et al. v. Snyder*  
           Civ. No. PJM-20-3290

DATE:   December 30, 2020

\* \* \*

The Court has considered Mr. Levander's letter to the Court filed on December 29, 2020, and Mr. Neuwirth's responsive letter filed this afternoon. The Court has determined that Mr. Levander's letter shall be publicly filed in unredacted form, but all exhibits shall remain under seal. Mr. Neuwirth's responsive letter to the Court shall also be publicly filed in unredacted form.

In addition, the Court hereby **ORDERS** that Mr. Moag appear at the virtual hearing on January 7, 2021, to respond to the Court's questions about whether and to what extent his contacts are responsible for disclosure of any information to the media. Plaintiffs' counsel shall see to Mr. Moag's attendance at said hearing.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc:     Court file