# EXHIBIT A
Attachment Under Seal