**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7165**

WRITER'S EMAIL ADDRESS
**stephenneuwirth@quinnemanuel.com**

December 30, 2020

Hon. Peter J. Messitte
United States District Judge
United States District Court
    for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: <u>*Rothman et al. v. Snyder*, No. PJM-20-3290</u>

Dear Judge Messitte:

Plaintiffs have reviewed Mr. Levander's letter of last night and the accompanying exhibits. Mr. Levander argues that a declaration filed by John Moag in a separate, pending litigation initiated by Mr. Snyder in this District constitutes a violation of this Court's Orders dated November 19, 2020 and December 23, 2020. None of Plaintiffs in the litigation here before Your Honor, or their counsel, have any role in the separate litigation initiated by Mr. Snyder and involving Mr. Moag.

We can represent to the Court that Plaintiffs here had nothing to do with Mr. Moag's declaration. We note that Mr. Moag's declaration ***does not say anything whatsoever*** about the actual subject matter of the pending litigation before Your Honor. Neither Plaintiffs nor their counsel have ever disclosed to Mr. Moag the claims in this litigation before Your Honor. At the same time, Mr. Moag presumably would have had access to whatever information about this litigation had been made public as of the date of his declaration.

We also note that the focus of Mr. Moag's 12-page declaration is responding to assertions by Mr. Snyder against Mr. Moag in the separate litigation that Mr. Snyder initiated, as well as responding to information that Mr. Moag claims Mr. Snyder's team themselves leaked to the media. *See, e.g.,* Moag Declaration at ¶¶ 3-4. In a section of the declaration in which Mr. Moag states that he is "provid[ing] the Court background that explains why Snyder might be attacking me for other reasons, or want from me information having nothing to do with the India Litigation," Mr. Moag makes the single statement (*see* Moag Declaration at ¶ 8) from throughout his 12-page declaration that is the subject of Mr. Levander's letter (*see* Levander 12/29/2020 Letter at 1-2).

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

While it is true that Plaintiffs retained Moag & Company, LLC, to assist in the potential sale of their ownership interest in Washington Football, Inc., Mr. Levander offers no basis for assuming that Plaintiffs had any role in, or connection to, Mr. Moag's responsive declaration in the separate litigation initiated by Mr. Snyder. And Plaintiffs in fact had no role. We respectfully submit that it is, at best, misplaced for Mr. Levander to suggest that Mr. Moag's declaration – which responds to attacks against him by Mr. Snyder in another litigation initiated by Mr. Snyder – is somehow a violation of this Court's order, let alone a violation by Plaintiffs.

Respectfully submitted,

Stephen R. Neuwirth

cc: Counsel of Record