IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT ROTHMAN et al., | |
| Plaintiffs, | Case No. 8:20-cv-3290-PJM |
| v. | |
| DANIEL SNYDER, | |
| Defendant. | |

## MOTION TO SEAL

Pursuant to Local Rule 105.11, nonparty witness John A. Moag Jr. seeks leave to file a response to the letter filed on December 29, 2020, by Andrew J. Levander, counsel for defendant Daniel Snyder. Mr. Levander's letter makes a number of inflammatory allegations against Mr. Moag. To respond, Mr. Moag needs to articulate, briefly, the basis of friction between him and Mr. Snyder. Undersigned counsel understands that the Court has ordered that any filings containing negative accusations should be filed initially under seal. ECF No. 89. Accordingly, Mr. Moag respectfully seeks leave to file under seal a letter from undersigned counsel to the Court. Mr. Moag has no objection to unsealing the letter in its entirety after appropriate review by the Court and counsel for the parties.

7583820.1

2

                      Respectfully submitted,

                      ZUCKERMAN SPAEDER LLP

                      By:  /s/ *William J. Murphy*

| | |
|---|---|
| Joe R. Reeder (#06701) | William J. Murphy (#00497) |
| Stephen T. Fowler (#16881) | John J. Connolly (#09537) |
| GREENBERG TRAURIG, LLP | 100 E. Pratt St., Suite 2440 |
| 2101 L Street N.W. | Baltimore, Maryland 21202 |
| Washington, DC 20037 | (410) 332-0444 |
| (202) 331-3100 | (410) 659-0436 (fax) |
| reederj@gtlaw.com | wmurphy@zuckerman.com |
| fowlerst@gtlaw.com | jconnolly@zuckerman.com |
| | |
| *Attorneys for Nonparty Witness* | *Attorneys for Nonparty Witness* |
| *John A. Moag Jr.* | *John A. Moag Jr.* |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2021, a copy of the foregoing was electronically filed and served on all counsel of record via ECF, and the sealed exhibit was also sent by e-mail to counsel of record.

/s/ *John J. Connolly*
-------------------------

7583820.1