UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND 20770
 301-344-0632

# MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *Rothman et al. v. Snyder*
Civ. No. PJM-20-3290

DATE: January 5, 2021

\* \* \*

The Court held a hearing under seal on December 22, 2020, with counsel for Plaintiffs, Defendant, and the NFL. The transcript of that hearing, ECF No. 87, was initially placed under seal at the Court's direction. Having received a request from the *Washington Post* to make the transcript publicly available, ECF No. 78, and having reviewed the transcript, the Court directs the Clerk to unseal the transcript in its entirety and to provide for the usual procedure for public access thereto.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court file