UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: *Rothman et al. v. Snyder*
Civ. No. PJM-20-3290

DATE: January 6, 2021

\* \* \*

The Court has received the correspondence from Mr. Murphy, counsel for Mr. Moag, filed under seal yesterday, January 5, 2021. ECF No. 104. The Court will provide Mr. Murphy with a transcript of the hearing held on December 22, 2020. That transcript and the Court's public orders of November 19, 2020, and December 23, 2020, should provide any information Mr. Moag may need in preparation for tomorrow's hearing. The focus of the hearing, as previously indicated, will be on leaks to the media.

At tomorrow's hearing, there will be a further opportunity to discuss how, at a later date, the details of the disparagement referenced in Mr. Murphy's correspondence may be addressed.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc: Court file