**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                                 6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**                                          GREENBELT, MARYLAND 20770
301-344-0632

**MEMORANDUM**

TO:          Counsel of Record

FROM:        Judge Peter J. Messitte

RE:          *Rothman et al. v. Snyder*
             Civ. No. PJM-20-3290

DATE:        January 12, 2021

\* \* \*

Upon consideration of the *Washington Post*'s Motion for Reconsideration (ECF No. 107), the Court **GRANTS** the *Post*'s request to reconsider the provision of the Court's December 23, 2020, Memorandum Order relating to the filing of negative accusations by the parties.

The Clerk is directed to unseal those documents that remain sealed pursuant to the December 23 Memorandum Order—specifically, the attachments to Mr. Levander's December 29 letter (ECF Nos. 92-1, 92-2, 92-3, and 92-4), Mr. Murphy's January 5 letter (ECF No. 104), and Mr. Levander's January 6 response letter (ECF No. 108).

Any future pleadings, correspondence, and exhibits shall be publicly filed, unless they contain information that should remain sealed or redacted pursuant to the Court's Supplemental Opinion and Order of December 17, 2020. However, the Court admonishes the parties that the nondisparagement provision of the Court's November 19, 2020, Order remains in full force, and the Court will not hesitate to sanction any party whose conduct, within this Court's docket or elsewhere, may interfere with another party's rights relative to the potential sale of Plaintiff's shares.

Despite the informal nature of this ruling, it shall constitute an order of the Court, and the Clerk is directed to docket it accordingly.

                                                    /s/
                                        _____
                                        PETER J. MESSITTE
                                        UNITED STATES DISTRICT JUDGE

cc:          Court file