UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| ROBERT ROTHMAN,<br>450 Knights Run Avenue<br>Unit 2002<br>Tampa, FL 33602<br><br>And<br><br>DWIGHT C. SCHAR<br>550 South Ocean Blvd.<br>Palm Beach, FL 33480<br><br>And<br><br>FREDERICK W. SMITH<br>649 Sweetbriar Road<br>Memphis, TN 38120<br><br>Plaintiffs,<br><br>-against-<br><br>DANIEL SNYDER,<br>11900 River Road<br>Potomac, MD 20854<br><br>Defendant. | Case No.: 8:20-cv-03290 |

## STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the entire action shall be dismissed **WITH PREJUDICE**. Each party shall bear his or its own costs and fees, including all attorneys' fees.

| LONGMAN & VAN GRACK LLC | MILES & STOCKBRIDGE PC |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Adam L. Van Grack (D. Md. Bar No. 17976) | Rachel T. McGuckian (Md. Bar No. 22452) |
| Theodore B. Kiviat (D. Md. Bar No. 29019) | MILES & STOCKBRIDGE PC |
| 10411 Motor City Drive, Suite 750 | 11 North Washington Street |
| Bethesda, MD 20817 | Suite 700 |
| (301) 291-5027 (phone) | Rockville, Maryland 20850 |
| (301) 291-5028 (fax) | (301) 517-4816 (phone) |
| avangrack@lvglawfirm.com | (301) 517-4816 (fax) |
| | rmcguckian@milesstockbridge.com |

| | |
|---|---|
| Stephen R. Neuwirth (*pro hac vice*) | Andrew J. Levander (*pro hac vice*) |
| Julia M. Beskin (*pro hac vice*) | Neil A. Steiner (*pro hac vice*) |
| Jeremy Baldoni (*pro hac vice*) | Three Bryant Park |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | 1095 Avenue of the Americas |
| 51 Madison Avenue, 22nd Floor | New York, New York 10036 |
| New York, New York 10010 | (212) 698-3683 (phone) |
| (212) 849-7000 (phone) | (212) 698-3599 (fax) |
| (212) 849-7100 (fax) | Andrew.levander@dechert.com |
| stephenneuwirth@quinnemanuel.com | Neil.steiner@dechert.com |
| juliabeskin@quinnemanuel.com | |
| jeremybadloni@quinnemanuel.com | Christina Guerola Sarchio (*pro hac vice*) |
| Jonathan Cooper (D. Md. Bar No. 21345) | 1900 K Street NW |
| QUINN EMMANUEL URQUHART & SULLIVAN, LLP | Washington, D.C. 20006 |
| 1300 I Street, NW | (202) 261-3300 (phone) |
| Suite 900 | (212) 261-3333 (fax) |
| Washington, DC 20005 | Christina.sarchio@dechert.com |
| (202) 538-8000 (phone) | |
| (202) 538-8100 (fax) | *Attorneys for Daniel M. Snyder and Washington Football Inc.* |
| jonathancooper@quinnemanuel.com | |
| | |
| *Attorneys for Robert Rothman, Dwight C. Schar and Frederick W. Smith* | |

Dated: April 1, 2021

**COVINGTON & BURLING LLP**

By: *[signature: Gregg H. Levy]*
Gregg H. Levy (*pro hac vice*)
Benjamin C. Block (D.Md. No. 15811)
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5292
glevy@cov.com
bblock@cov.com

*Attorneys for Intervenor*
*National Football League*